**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| Aatrix Software, Inc.,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>Greenshades Software, Inc.<br><br>　　　　　　　　　　　　Defendant. | Civil Action No. 3:15-cv-00164-HES-MCR<br><br>**CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF AATRIX SOFTWARE, INC.** |

Pursuant to Rule 7.1, F.R.Civ.P., Plaintiff Aatrix Software, Inc. makes the following Corporate Disclosure Statement:

Plaintiff Aatrix Software, Inc. is a nongovernmental corporate party. It has no parent corporation and no publicly held corporation owns more than 10% of its stock.

Dated: February 17, 2015

By /s/ Joanne M. O'Connor
Joanne M. O'Connor
(Fla. Bar No. 0498807)
**Jones Foster Johnston & Stubbs, P.A.**
505 South Flagler Drive
Suite 1100
West Palm Beach, FL 33401
561-659-3000
561-650-5300 (facsimile)
joconnor@jonesfoster.com
**TRIAL ATTORNEYS FOR PLAINTIFF AATRIX SOFTWARE, INC.**

**OF COUNSEL:**
John B. Lunseth (Minn. #65341)
BRIGGS AND MORGAN, P.A.
2200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2157
612-977-8400
612-977-8659 (facsimile)
jlunseth@briggs.com
p:\docs\27975\00001\pld\1lg3046.doc