**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

Aatrix Software, Inc.,

    Plaintiff,

v.                                  Case No. 3:15-cv-00164-HES-MCR

Green Shades Software, Inc.,

    Defendant.

_____/

**CORPORATE DISCLOSURE STATEMENT**
**OF DEFENDANT GREEN SHADES SOFTWARE, INC.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Green Shades Software, Inc. ("**Greenshades**") certifies that: (a) Greenshades has no parent corporation; and (b) no publicly-held corporation owns 10% or more of the stock of Greenshades.

Dated:  June 5, 2015                      /s/ H. Timothy Gillis
                                                    Ethan A. Way, Trial Counsel
                                                    Florida Bar No. 148199
                                                    H. Timothy Gillis, Trial Counsel
                                                    Florida Bar No. 133876
                                                    Gillis Way Duncan & Campbell, LLP
                                                    1022 Park Street, Suite 209
                                                    Jacksonville, Florida 32204
                                                    Phone: (904) 647-6476
                                                    Fax:  (904) 738-8640
                                                    eway@gillisway.com
                                                    tgillis@gillisway.com

                                                    *Attorneys for Defendant Green Shades Software, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 5, 2015, I electronically filed the foregoing with the Clerk of Court pursuant to the Administrative Procedures for Electronic Filing in Civil and Criminal Cases of this Court by using the CM/ECF System which will send a notice of electronic filing to the following:

John B. Lunseth
Briggs and Morgan, P.A.
80 South Eighth Street
2200 IDS Center
Minneapolis, MN 55402-2157
jlunseth@briggs.com
*Attorneys for Plaintiff Aatrix Software, Inc.*

Joanne M. O'Connor
Jones, Foster, Johnston & Stubbs, PA
505 S Flagler Dr - Suite 1100
PO Box 3475
West Palm Beach, FL 33402-3475
joconnor@jones-foster.com
*Attorneys for Plaintiff Aatrix Software, Inc.*

/s/ H. Timothy Gillis
H. Timothy Gillis