**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

Aatrix Software, Inc.,

    Plaintiff,

v.                                    Case No. 3:15-cv-00164-HES-MCR

Green Shades Software, Inc.,

    Defendant.
_____/

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**
**TO RESPOND TO AMENDED COMPLAINT**

Defendant Green Shades Software, Inc. ("Defendant"), pursuant to Rule 6(b), Federal Rules of Civil Procedure, and Local Rule 3.01, moves this Court for an extension of time through and including July 15, 2015, in which to file and serve a response to Plaintiff Aatrix Software, Inc.'s ("Plaintiff") Amended Complaint. In support thereof, Defendant states as follows:

1.    Plaintiff filed an Amended Complaint (Doc. 7) on May 15, 2015.

2.    The Amended Complaint was served on Defendant on May 26, 2015, as indicated on the Return of Service filed with this Court on May 27, 2015 (Doc. 9).

3.    Pursuant to Rule 12(a), Federal Rules of Civil Procedure, Defendant must serve a pleading responsive to the Amended Complaint on Plaintiff on or before June 16, 2015.

4.    Defendant respectfully requests additional time to fully investigate the issues raised in the Amended Complaint and to prepare its responsive pleading.

5.     Defendant requests a twenty-nine (29) day extension of time to answer, object, or otherwise move with respect to the Amended Complaint, up to and including July 15, 2015.

6.     The parties respectfully request that neither this extension of time nor the filing of any pleading or Rule 12 or other motion concerning the pleadings, shall delay or extend any other deadlines applicable to this case, including the deadlines set forth in Local Rule 3.05(c)(2)(B) or Rule 26, Federal Rules of Civil Procedure, nor shall they delay the commencement or conduct of discovery or the filing of initial disclosures.

7.     Plaintiff does not oppose the relief requested by this motion.

8.     This motion is made in good faith and not for any purpose of undue delay. Further, neither the parties nor the administration of justice will be prejudiced by the Court's granting of this motion.

## MEMORANDUM OF LAW

District courts have broad discretion in managing their cases. *See Chrysler Int'l Corp. v. Chemaly*, 28 F.3d 1358, 1360 (11th Cir. 2002). Motions requesting additional time are normally granted absent bad faith or prejudice to the opposing party. *See Harris v. Siegel*, 438 F. Supp. 510, 513 (S.D. Fla. 1977) (no claim or demonstration that the party seeking an enlargement of time was dilatory; therefore, proper to permit an enlargement beyond the previously specified time) citing (Fed. R. Civ. P. 6(b)). Because this <u>unopposed</u> request for an enlargement of time is brought for cause, prior to expiration of the deadline, early in the case and in good faith, Defendant asks the Court to

enter an Order granting Defendant's enlargement of time within which to respond to the Amended Complaint.

## CERTIFICATE OF GOOD FAITH

Pursuant to Local Rule 3.01(g), the undersigned hereby certifies that Defendant has conferred with opposing counsel, who has advised that Plaintiff does not oppose this motion.

WHEREFORE, Green Shades Software, Inc. respectfully requests an order granting an enlargement of time to respond to the Amended Complaint, up to an including July 15, 2015.

Dated:  June 12, 2015

/s/ H. Timothy Gillis
Ethan A. Way, Trial Counsel
Florida Bar No. 148199
H. Timothy Gillis, Trial Counsel
Florida Bar No. 133876
Gillis Way Duncan & Campbell, LLP
1022 Park Street, Suite 209
Jacksonville, Florida 32204
Phone: (904) 647-6476
Fax:  (904) 738-8640
eway@gillisway.com
tgillis@gillisway.com

*Attorneys for Defendant Green Shades Software, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 12, 2015, I electronically filed the foregoing with the Clerk of Court pursuant to the Administrative Procedures for Electronic Filing in Civil and Criminal Cases of this Court by using the CM/ECF System which will send a notice of electronic filing to the following:

John B. Lunseth
Briggs and Morgan, P.A.
80 South Eighth Street
2200 IDS Center
Minneapolis, MN 55402-2157
jlunseth@briggs.com
*Attorneys for Plaintiff Aatrix Software, Inc.*

Joanne M. O'Connor
Jones, Foster, Johnston & Stubbs, PA
505 S Flagler Dr - Suite 1100
PO Box 3475
West Palm Beach, FL 33402-3475
joconnor@jones-foster.com
*Attorneys for Plaintiff Aatrix Software, Inc.*

      /s/ H. Timothy Gillis
      H. Timothy Gillis