# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

Aatrix Software, Inc.

      Plaintiff,

v.                                  Case No. 3:15-cv-00164-HES-MCR

Green Shades Software, Inc.,

      Defendant.

---

## UNOPPOSED MOTION FOR ENLARGEMENT OF TIME
## TO RESPOND TO RULE 12(b)(6) MOTION TO DISMISS

Plaintiff Aatrix Software, Inc. ("Plaintiff"), pursuant to Rule 6(b), Federal Rules of Civil Procedure, and Local Rule 3.01, moves this Court for an extension of time through and including August 12, 2015, in which to file and serve its response Defendant Green Shades Software, Inc.'s ("Defendant") Rule 12(b)(6) Motion to Dismiss filed on July 15, 2015. In support thereof, Plaintiff states as follows:

1.      Plaintiff filed an Amended Complaint (Doc. 7) on May 15, 2015.

2.      The Amended Complaint was served on Defendant on May 26, 2015, as indicated on the Return of Service filed with this Court on May 27, 2015 (Doc. 9).

3.      Defendant filed its Rule 12(b)(6) Motion to Dismiss in lieu of filing an Answer, on July 15, 2015. In sum, the Motion seeks a ruling that Plaintiff's two patents at issue in this case are invalid under *Alice Corporation v. CLS Bank International*, 573 U.S. __, 134 S. Ct. 2347 (2014).

4.      Plaintiff respectfully requests additional time to fully investigate the issues raised in the Motion to Dismiss and to prepare its responsive Memorandum of Law and

other responsive documents. Among other things, during the period of time immediately following the filing of the Motion, the parties have met and conducted their Rule 26(f) meeting, a Joint Scheduling Report is being prepared, Initial Disclosures are being prepared, and Plaintiff's counsel believes, having reviewed the Rule 12 Motion, that testimony in the form of an Affidavit or Declaration will need to be obtained from Plaintiff in order to properly respond to the Motion.

5.     Pursuant to Local Rule 3.01, Plaintiff's response to the Rule 12(b)(b) Motion is due on July 29, 2015. Plaintiff requests a fourteen (14) day extension of time to file its response to the Rule 12 Motion, up to and including August 12, 2015.

6.     Plaintiff respectfully requests that this extension of time not otherwise delay or extend any other deadlines applicable to this case, including the deadlines set forth in Local Rule 3.05(c)(2)(B) or Rule 26, Federal Rules of Civil Procedure.

7.     Defendant does not oppose the relief requested by this motion.

8.     This motion is made in good faith and not for any purpose of undue delay. Further, neither the parties nor the administration of justice will be prejudiced by the Court's granting of this motion.

## <u>MEMORANDUM OF LAW</u>

District courts have broad discretion in managing their cases. *See Chrysler Int'l Corp. v. Chemaly,* 28 F.3d 1358, 1360 (11th Cir. 2002). Motions requesting additional time are normally granted absent bad faith or prejudice to the opposing party. *See Harris v. Siegel,* 438 F. Supp. 510, 513 (S.D. Fla. 1977) (no claim or demonstration that the party seeking an enlargement of time was dilatory; therefore, proper to permit an enlargement beyond the previously specified time) citing (Fed. R. Civ. P. 6(b)). Because this <u>unopposed</u> request for an enlargement of time is brought for cause, prior to expiration of the deadline, early in the case and in good faith,

Defendant asks the Court to enter an Order granting Plaintiff's requested enlargement of time within which to respond to the Rule 12(b)(6) Motion to Dismiss.

## <u>CERTIFICATE OF GOOD FAITH</u>

Pursuant to Local Rule 3.01(g), the undersigned hereby certifies that Plaintiff has conferred with opposing counsel, who has advised that Defendant does not oppose this motion.

WHEREFORE, Aatrix Software, Inc. respectfully requests an order granting an enlargement of time to respond to the Rule 12(b)(6) Motion, up to an including August 12, 2015.

Dated: July 23, 2015

/s/ John B. Lunseth II
John B. Lunseth II, Trial Counsel
Minn. Bar No. 0065341
Briggs and Morgan, P.A.
2200 I.D.S. Center
80 South 8th St.
Minneapolis, MN 55402
Phone: (612) 977-8484
Fax: (612) 977-8650
jlunseth@briggs.com

Joanne M. O'Connor
(Fla. Bar No. 0498807)
joconnor@jonesfoster.com
Jones Foster Johnston & Stubbs, P.A.
505 South Flagler Drive
Suite 1100
West Palm Beach, FL 33401

*Attorneys for Plaintiff Aatrix Software, Inc.*

7177579v1

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that on July 23, 2015, I electronically filed the foregoing with the

Clerk of Court pursuant to the Administrative Procedures for Electronic Filing in Civil and

Criminal Cases of this Court by using the CM/ECF System which will send a notice of electronic

filing to the following:

Ethan A. Way, Trial Counsel
Florida Bar No. 148199
H. Timothy Gillis, Trial Counsel
Florida Bar No. 133876
Gillis Way Duncan & Campbell, LLP
1022 Park Street, Suite 209
Jacksonville, Florida 32204
Phone: (904) 647-6476
Fax: (904) 738-8640
eway@gillisway.com
tgillis@gillisway.com

Attorneys for Defendant Green Shades Software, Inc.

/s/ John B. Lunseth II
John B. Lunseth  II

7177579v1