UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Aatrix Software, Inc.,
    Plaintiff,

v.

Green Shades Software, Inc.,
    Defendant.
_____/

Case No.:
3:15-cv-00164-HES-MCR

## Case Management Report in Patent Case

The parties have agreed on the following dates and discovery plan pursuant to Fed.R.Civ.P. 26(f) and Local Rule 3.05(c):

| DEADLINE OR EVENT (with Court recommended time frame) | AGREED DATE |
|---|---|
| Mandatory Initial Disclosures (pursuant to Fed.R.Civ.P. 26(a)(1) as amended effective December 1, 2000) [no later than date of Preliminary Pretrial Conference] | August 21, 2015 |
| Certificate of Interested Persons and Corporate Disclosure Statement [within 1 week of above if not already completed] | Completed. |
| Motions to Add Parties or Amend Pleadings [3 months after CMR meeting] | October 19, 2015 |
| Disclosure of Infringement Contentions [1 month after CMR meeting] | August 24, 2015 |
| Disclosure of Non-Infringement and Invalidity Contentions, Disclosure of Prior Art [within 1 month of above] | September 28, 2015 |
| Initial Identification of Disputed Claim Terms by each Party [within 1 month of above] | October 28, 2015 |

7177706v3

| DEADLINE OR EVENT           (with Court recommended time frame) | AGREED DATE |
|---|---|
| Proposed Claim Term Constructions [within 1 month of above] | November 20, 2015 |
| Joint Claim Construction Statement [within 2 weeks of above] | December 4, 2015 |
| Technology Tutorial Conference [within 2 – 4 weeks of above] (if requested, insert date; otherwise, leave blank) | December 15, 2015 (actual date to be set by the Court) |
| Plaintiff's Claim Construction Brief [within 1 month of above] | January 15, 2016 |
| Defendant's Response Brief [within 1 month of above] | February 15, 2016 |
| Joint Pre-Hearing Statement [within 1 week of above] | February 22, 2016 |
| Claim Construction Hearing [within 3 weeks of above] | March 15, 2016 |
| Disclosure of Intent to Rely on Advice of Counsel as a Defense; Amendment of Infringement, Non-Infringement and Invalidity Contentions; and Disclosure of Expert Reports on Issues Where the Party Bears the Burden of Proof [no sooner than 3 months and no later than 5 months of above] | June 15, 2016 |
| Disclosure of Rebuttal Expert Reports [within 1 month of above] | July 15, 2016 |
| Fact Discovery Deadline [within 2 months of Amendments] | August 3, 2016 |
| Expert Discovery Deadline [within 1 month of above] | September 3, 2016 |
| Dispositive Motions [within 2 months of above and at least 4 – 5 months prior to trial] | October 3, 2016 |

7177706v3

| DEADLINE OR EVENT          (with Court recommended time frame) | AGREED DATE |
|---|---|
| Parties' Deadline to Meet and Confer *In Person* to Prepare Joint Final Pretrial Statement [10 days prior to deadline for the final pretrial statement] | January 9, 2017 |
| Parties' Deadline for Filing Joint Final Pretrial Statement (*Including* Voir Dire Questions, a Single Set of Jointly-Proposed Jury Instructions and Verdict Form, Witness Lists, Exhibit Lists with Objections on Approved Form);  Trial Briefs | January 23, 2017 |
| Parties' Deadline for Filing All Other Motions Including Motions *In Limine*  [All requests to limit evidence shall be included in a single motion not to exceed 25 pages without leave of Court.  Responses are limited to 20 pages without leave of Court. | February 6, 2017 |
| Final Pretrial Conference [Court will set a date approximately 3 weeks before trial] | February 13, 2017 (actual date to be set by the Court) |
| Trial Term Begins [Local Rules set goal of trial within 2 years in all Track Two cases; trial term ***must not*** be less than 4 months after dispositive motions deadline (unless filing of such is waived.] | March 6, 2017 |
| Estimated Length of Trial  [trial days] | 10 days |
| Jury / Non-Jury | Jury |
| Mediation Deadline: | November 14, 2016 |
| All Parties Consent to Proceed Before Magistrate Judge | Yes ___ No _x_ Likely to Agree in Future _No_ |

7177706v3

I. **Meeting of Parties**

Pursuant to Local Rule 3.05(c)(2)(B), a meeting was held on July 20, 2015 at 2:00 P.M. EDT and was attended by:

| Name | Counsel for (if applicable) |
|---|---|
| John B. Lunseth II | Plaintiff Aatrix Software, Inc. |
| H. Timothy Gillis | Defendant Green Shades Software, Inc. |

II. **Pre-Discovery Initial Disclosures of Core Information**

**Fed.R.Civ.P. 26(a)(1)(A) - (D) Disclosures**

Fed.R.Civ.P. 26, as amended effective December 1, 2010, provides that these disclosures are mandatory in Track Two and Track Three cases, except as stipulated by the parties or otherwise ordered by the Court (the amendment to Rule 26 supersedes Middle District of Florida Local Rule 3.05, to the extent that Rule 3.05 opts out of the mandatory discovery requirements):

The parties agree to exchange information described in Fed.R.Civ.P. 26(a)(1)(A) - (D) by August 21, 2015.

III. **Agreed Discovery Plan for Plaintiffs and Defendants**

A. **Certificate of Interested Persons and Corporate Disclosure Statement**

Every party that has appeared in this action to date has filed and served a Certificate of Interested Persons and Corporate Disclosure Statement, which remains current:

____x____ Yes   _____ No

B. **Discovery Not Filed**

The parties shall not file discovery materials with the Clerk except as provided in Local Rule 3.03. The Court encourages the exchange of discovery requests on diskette. See Local Rule 3.03 (f).

### C. Limits on Discovery

Absent leave of Court, the parties may take no more than ten depositions per side (not per party). Fed.R.Civ.P. 30(a)(2)(A); Fed.R.Civ.P. 31(a)(2)(A); Local Rule 3.02(b). Absent leave of Court, the parties may serve no more than twenty-five interrogatories, including sub-parts. Fed.R.Civ.P. 33(a); Local Rule 3.03(a). Absent leave of Court or stipulation of the parties each deposition is limited to one day of seven hours. Fed.R.Civ.P. 30(d)(2). The parties may agree by stipulation on other limits on discovery. The Court will consider the parties' agreed dates, deadlines, and other limits in entering the scheduling order. Fed.R.Civ.P. 29. In addition to the deadlines in the above table, the parties have agreed to further limit discovery as follows:

  1. Depositions – 10 per side, not including expert depositions

  2. Interrogatories – 25 per side

  3. Document Requests – 50 per side

  4. Requests to Admit – 30 per side

  5. Supplementation of Discovery – July 3, 2016

### D. Discovery Deadline

Each party shall timely serve discovery requests so that the rules allow for a response prior to the discovery deadline. The Court may deny as untimely all motions to compel filed after the discovery deadline.

7177706v3

### E.  Disclosure of Expert Testimony

On or before the dates set forth in the above table for the disclosure of expert reports, the parties agree to fully comply with Fed.R.Civ.P. 26(a)(2) and 26(e). Expert testimony on direct examination at trial will be limited to the opinions, basis, reasons, data, and other information disclosed in the written expert report disclosed pursuant to this order. Failure to disclose such information may result in the exclusion of all or part of the testimony of the expert witness.

### F.  Confidentiality Agreements

The Court has entered a separate Protective Order regarding confidential information, and may enter a separate Order regarding electronic discovery.

### G.  Disagreement or Unresolved Issues Concerning Discovery Matters:

Any disagreement or unresolved issue concerning discovery matters must be made the subject of a separate motion to be filed not later than eleven (11) days after the filing of the Case Management Report. Such disagreement or unresolved issue will not excuse the establishment of discovery completion dates. Pursuant to Fed. R. Civ. P. 26(a)(1), as amended, effective December 1, 2999, any objection as to the appropriateness or required Initial Disclosures shall be recorded in the case management report.

Defendant intends to file a Motion to suspend discovery pending a decision on Defendant's Rule 12(b)(6) Motion to Dismiss and Plaintiff intends to oppose the Motion to suspend.

7177706v3

## VI. Settlement and Alternative Dispute Resolution.

### A. Settlement

The parties agree that settlement is \_\_\_\_\_ likely __x__ unlikely (check one)

The parties request a settlement conference before a United States Magistrate Judge

__x__ yes  \_\_\_no  \_\_\_likely to request in future

### B. Arbitration

The Local Rules no longer designate cases for automatic arbitration, but the parties may elect arbitration in any case. Do the parties agree to arbitrate?

\_\_\_\_ yes  __x__ no  \_\_\_\_ likely to agree in future

_____ Binding          _____ Non-Binding

### C. Mediation

Absent arbitration or a Court order to the contrary, the parties in every case will participate in Court-annexed mediation as detailed in Chapter Nine of the Court's Local Rules. The parties have agreed to the date stated in the table above as the last date for mediation.

### D. Other Alternative Dispute Resolution

The parties intend to pursue the following other methods of alternative dispute resolution:

None applicable

Date: August 3, 2015

/s/ John B. Lunseth II
John B. Lunseth II, Trial Counsel
Minn. Bar No. 0065341
Briggs and Morgan, P.A.
2200 I.D.S. Center
80 South 8th St.
Minneapolis, MN 55402
Phone: (612) 977-8484
Fax: (612) 977-8650
jlunseth@briggs.com

7177706v3

Joanne M. O'Connor
(Fla. Bar No. 0498807)
joconnor@jonesfoster.com
Jones Foster Johnston & Stubbs, P.A.
505 South Flagler Drive
Suite 1100
West Palm Beach, FL 33401

Attorneys for Plaintiff Aatrix Software, Inc.


/s/ H. Timothy Gillis
Ethan A. Way, Trial Counsel
Florida Bar No. 148199
H. Timothy Gillis, Trial Counsel
Florida Bar No. 133876
Gillis Way Duncan & Campbell, LLP 1022 Park Street, Suite 209 Jacksonville, Florida 32204
Phone: (904) 647-6476
Fax: (904) 738-8640
eway@gillisway.com
tgillis@gillisway.com

Attorneys for Defendant Green Shades Software, Inc.

7177706v3