## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| Aatrix Software, Inc.,<br><br>                              Plaintiff,<br><br>v.<br><br>Green Shades Software, Inc.<br><br>                              Defendant. | **DECLARATION OF A. DALE JENSEN IN OPPOSITION TO DEFENDANT'S RULE 12(b)(6) MOTION TO DISMISS**<br><br>Civil Action No. 3:15-cv-00164-HES-MCR |

I, A. Dale Jensen, hereby declare:

1.     I am a software programmer.  I am one of the co-founders of Aatrix Software, Inc. and one of the inventors of U.S. Patent No.s 7,171,615 and 8,984,393 (the patents will be referred to herein individually as the "'615 Patent" and the "'393 Patent", respectively, and collectively as the "Aatrix Patents").  I have personal knowledge of the development of the inventions disclosed in the patents.

2.     Plaintiff Aatrix Software, Inc. (herein "Plaintiff" or "Aatrix") and Defendant Green Shades Software, Inc. (herein "Defendant" or "Green Shades")  are competitors in the business of creating and providing computerized forms used to make out and/or file tax returns and reports with governmental agencies.

3.     The process of creating and updating such forms is complex, exacting,  and costly.  Aatrix currently creates and maintains approximately 1,752 pages of forms, each

of which must be updated, provided to the particular governmental entity for approval, and edited to each agency's specific requirements, generally on at least an annual basis.

4.      At Aatrix, we invented computer technology structures and methods which were and are a significant improvement over the prior art means and methods for computerizing forms.

5.      In this Declaration I will use the term "business accounting software" broadly to encompass general or task-specific software that businesses use to manage accounting information.  It is my understanding that the Aatrix Patents are not limited to forms to be used with business accounting software, but the inventions of the patents were developed primarily with business accounting software in mind and the use of the term helps describe what was done in developing the inventions.  The business accounting software that Aatrix made and sold at one time, and that led to the development of the patents, was its Payroll Series, which generally were softwares used by businesses to manage payroll. I believe  Green Shades sells its forms software for use with Microsoft Dynamics, a family of software products used to manage most accounting data of a typical company.

6.      Aatrix began development of the forerunners of its patented technology in the early 1990's.  Its Payroll Series software packages allowed users to put payroll data into tax forms which could then be filed with a limited number of governmental agencies. The software model that was in use at the time at Aatrix and elsewhere, I will refer to herein as "monolithic software applications."  By that I mean that a particular software application intended to be installed and used on a computer, was written essentially as one continuous piece of code.

2

7.      It is generally understood in software programming that there are at least two basic types of code, "source code" and "machine readable code," also referred to as "executable code."  Source code is written by software programmers in a source code language, examples being Pascal or C++.  My responsibility at Aatrix, at the time the inventions were developed and continues to be today, to write source code.  Computers, however, do not use source code in executing a software application, they use code only readable by the machine.  In the early days of the development of the inventions our work was done on Apple computers such as the MacIntosh, which uses binary code (1's and 0's), our later versions have used other types of machine readable code.  The programmer writes the source code, which is then compiled using compiler software, into machine readable or executable code.

8.      The classic monolithic software application which prevailed at the time we began work on the precursors of the inventions of the Aatrix Patents created many problems. All of the components of the software, including the forms, were "hard coded," meaning that they were written into the software's monolithic source code.  Creating forms and revising them when necessary meant that software programmers had to be used to write or rewrite the source code for the software package, including the part of the source code for the forms.

9.      Governmental agencies publish paper tax forms to be completed by hand, by a human, as a tax return or report.  In order to capture the data from all of the tax forms a governmental agency receives, the agencies use high speed scanning systems which scan all the forms, capture the values in the return, and put those into the government's

3

database for analysis.  These high speed scanners rely on the "geography" of the form the

agency publishes – meaning the exact physical layout –in order to determine, for

example, that a value in a particular place on the return being scanned is the value for

"Total Wages, Tips and Salaries."

10.     Because their scanners rely on the exact layout of the form, governmental

agencies require that any computerized forms be exact copies of the published paper form

and that computerized forms be submitted for their review and approval before

deployment.  Governmental requirements are so exacting that  Aatrix is sometimes asked

to move a particular character or line on a form by as little as a pixel or two.

Compounding the problem of computerizing the forms, is that most of them are changed

annually by the agency, and any computerized form must then be revised.  Therefore,

every governmental form needs to be revised a minimum of two times a year and often

more, once when the form is first completed or revised at our company and again when

the agency reviews the form and requires further changes.  When the inventions of the

Aatrix Patents were being devised, all of that work had to be done by a software

programmer at software programmer compensation rates.

11.     Computerizing governmental forms is not simple.  Each computerized form has

three layers.

12.     First the published paper form is scanned and the image is captured.    In more

recent years governmental agencies have begun publishing their own digital versions of

their forms, but again, the purpose of this background discussion is to make clear what

the technology was and what problems Aatrix solved in creating the patented inventions.

7194986v2

The use of a governmentally issued digital form only saves having to scan the form into a digital file, the remainder of the steps remain the same.  In the monolithic software application one or more system calls would have to be written to cause the image to be displayed.

13.     In creating a form to be filled out on a computer, data cannot be entered directly into boxes on the image of the form as it could be if written there on a paper form by a human.  A second layer must be created by the programmer comprising data fields overlaying the boxes in the background image,  so that characters can be written into the fields in filling out the form, and those fields are written into the source code.  In tax forms, these values can be either numbers (i.e. the amount of Total Wages, Tips, and Salaries) or letters (i.e. the name and address of the taxpayer).

14.     Third, if the form is to provide the functionality of making calculations and applying rules conditions, a layer needs to be written by the programmer for the calculations and rules conditions. A "rule condition" can be any number of things as described in the patent.  An example would be "if there is not a numeric value for Total Wages, Tips and Salaries, display an error message."

15.     Under the prior art, revising a form when it is changed by the governmental agency meant redoing the source code for the layers of the form.  This meant not only making sure that the particular sections of the code for the form were done correctly, but that those sections of code properly coordinated with the rest of the source code for the monolithic business accounting software package.  For example, if a value for Wages, Tips and Salaries was needed to fill in a particular form box, a line of code would be

written to "obtain the value from Address123" and insert it in a field.  If the source code

for the business accounting package software was itself changed, that value might no

longer be at "Address123," it might be someplace else, so the source code for the form

would need to be changed to reflect the new location.

16.     The need to rewrite the source code in order to change a form also created the

problem of writing and distributing the updates.  If a governmental form changed and the

code for the software package was rewritten, existing owners of the software would need

the new forms.  In the early 1990's broadband Internet did not exist and most

communications over the Internet were done via slow dial-up connections, so

downloading large software patches essentially did not exist.  At Aatrix, we charged a

subscription fee for upgrades and on a periodic basis, at least once a year and sometimes

more often, we mailed out physical disks with the current version of our Payroll series,

including any new forms.

17.     Aatrix's first step in solving these problems was to develop its Form Designer.  I

wrote the precursor to the Form Designer of the patents, as a tool to help me generate the

necessary source code to update a particular form.  At the time, the original Form

Designer did not write a form file as that term is used in the Aatrix Patents.  Rather, it

would generate the source code for the form so that I could copy that code and insert it

into the monolithic code for our Payroll series.

18.     I eventually rewrote the original Form Designer to generate a form file rather than

a piece of source code to be incorporated in the source code of the Payroll series.

However, when the form file was first devised it could still only be used with the

6

monolithic Payroll series software.  The monolithic software "knew" how to read the

instructions in the form file.

19.     The Forms Designer eventually evolved to be what is disclosed in the Aatrix

Patents, a tool for automating the tasks needed to create the various layers of a form and

to generate the form file.  The Aatrix Patents make extensive disclosure of the available

functionalities in the Forms Designer, see '615 Patent, col. 3, l. 32 – col. 12, l. 24.

20.     Having the Form Designer create the form file created significant advantages over

the prior methods. Since a form file was used, the digital model of each form was

separated out from the source code for the business software, and revising the particular

form meant revising only that file and not any of the other elements of the software

package.  Since the Form Designer created the form file, programmers, at their

significantly higher rates of compensation, were no longer needed to update forms.

Further, the instructions contained in the form file no longer needed to be written in

source code, but only as a set of instructions that the Payroll series software "knew" how

to interpret and apply.  Eventually, Aatrix began creating its form files as simple text files

which are much smaller than source code files and could be sent out over relatively slow

Internet connections.

21.     Aatrix then developed the "data file" element of the patents.  For a number of

reasons it is preferable that a human not be used to fill out tax forms by hand by reading

data from a business accounting software.  For one thing, it is slow and costly, but

perhaps more importantly it is error prone.  If, for example, the data from the business

accounting software shows Wages, Tips and Salaries of $100,000 and that number was is

used in the Annual Report of a company, legal and accounting issues could ensue if a human mis-transcribed the number into a tax return and the actual taxes paid were $200,000.   The hard-coding method of the prior art meant that a source code instruction needed to be written in the code section for a particular form, instructing the software to obtain a value from a particular address elsewhere in the executing software.   Aatrix created the "AUF file," a file template describing what values need to be extracted from the business accounting software and where they need to appear in the AUF file.   The necessary data from the business accounting software was then extracted and put it into the AUF file, so that it could be used to populate the form.

22.      The final component of the Aatrix inventions is the Form Viewer, a software module that is separate from the monolithic business accounting software and can run on a computer or other component of a data processing system (including a system in which multiple computers are connected, such as via WAN, LAN, or over the Internet).   Before the Form Viewer was created the form file and data file were still usable only in the context of a monolithic software application.   In 1995, in what I refer to as a "skunkworks" project, I created a Form Viewer software, that is, a piece of software separate from the monolithic business accounting package or the Forms Designer software, that "knew" how to interpret the form file and to use it and the data file to erect an onscreen form.   One possible commercial application of the inventions was as an add-on software to business accounting softwares of third-parties.   Aatrix would sell or license the inventions to partners who distribute accounting packages, and would maintain and revise the forms.   Efforts were made by Aatrix to try to find third party

8

software vendors interested in their solution,  but in the 1995 time frame in which I developed the "skunkworks" project, monolithic software was the norm, the idea of add-on forms software was before its time, and it was not until the early 2000's that Aatrix was able to revive the project.

23.     As a programmer, I believe there are a number of ways to provide add-on software without infringing the Aatrix patents.  Software developers such as Microsoft, which makes and sells the Microsoft Dynamics line of products, distribute Software Development Kits ("SDK's") that are distributed to third party software developers specifically to permit the writing of add-on software that works with the primary software application.  SDK's tell the third-party inventors how to write code and system calls to make the add-on work with the primary software.  I believe that at least one way of avoiding infringement would be to write an add-on forms software as it was done under the prior art, where all of the software including the forms is written as a monolithic source code, and compiled into a monolithic executable code.  However, this method would lack many of the advantages of the inventions of the Aatrix Patents.


I declare under penalty of perjury that the foregoing is true and correct.

    Executed on this  11th  day of August, 2015.

9

2