UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| Aatrix Software, Inc.,<br><br>                                Plaintiff,<br><br>v.<br><br>Green Shades Software, Inc.<br><br>                               Defendant. | **DECLARATION OF JOHN B. LUNSETH II IN OPPOSITION TO DEFENDANT'S RULE 12(b)(6) MOTION TO DISMISS**<br><br>Civil Action No. 3:15-cv-00164-HES-MCR |

I, John B. Lunseth II, hereby declare:

1. I am counsel for Plaintiff Aatrix Software, Inc., in the above-entitled matter and am personally familiar with the files, records and proceedings.

2. Attached hereto as Exhibit A is a true and correct copy of the 2014 Interim Guidance on Patent Subject Matter Eligibility published by the United States Patent and Trademark Office ("USPTO"). I personally obtained this copy from the USPTO website at http://www.uspto.gov/patent/laws-and-regulations/examination-policy/2014-interim-guidance-subject-matter-eligibility-0 . The USPTO issued an update to the 2014 Guidance, entitled July 2015 Update: Subject Matter Eligibility, which is available at www.uspto.gov/sites/default/files/documents/ieg-july-2015-qrs.pdf , however the 2015 Update does not supersede the 2014 Guidance.

3. In March, 2015 I contacted a company called Superforms, which is a Bloomberg BNA subsidiary and has a website at http://www.stf.com . A copy of the home page of

7202565v2

the website offering their Superform Tax Forms is attached hereto as Exhibit B, which I have accessed several times, and printed out on August 11, 2015. I had a brief follow up correspondence with a John Hanlin at Superforms. Attached hereto as Exhibit C is the electronic mail chain of our correspondence. As is plain from my email to Mr. Hanlin of April 23, 2015, I inquired whether their software has the ability to import data from an accounting software. Mr. Hanlin replied that it does not. It is Aatrix's view that, lacking a data file as claimed in the limitations of the claims of US Pat. No.'s 7,171,615 and 8,984,393, the Superforms Tax Library software does not infringe the Aatrix patents. It is my understanding that the Superforms software allows a user to enter data by hand into a self-calculating viewable computerized replica of a government form, but without importing the data from another application.

4.   Attached hereto as Exhibit D is a true and correct copy of the Declaration of Arthur D. Jensen submitted to the USPTO in connection with the prosecution of U.S. Pat. No. 8,984,393. For brevity's sake, Exhibits 1 & 2 to the Declaration have been omitted.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 12th day of August, 2015.

*[signature]*