# EXHIBIT

# B

Home | Contact Us

About Us     SuperForm Product Info     Customer Support     Contact Us



Bloomberg BNA provides expert tax and accounting software relied on by leading professional firms, corporations, and the IRS.

### EXPLORE SUPERFORM

#### Virtually every Federal, State, and Local Tax Form and more...

SuperForm® Tax Forms offers access to virtually every federal, state, and local tax and informational form, worksheet, instruction, and publication for the current and past 20+ years. Used by CPAs, corporate accounting, financial, HR, benefits and payroll professionals, as well as attorneys and paralegals, SuperForm's interactive tax forms and ease of use make it the right choice for the busy professional with reporting, filing, or compliance responsibilities.

Free Trial >>

### REQUEST PRODUCT INFO
Ask Now >>

### FREE TRIAL
See how SuperForm gets the job done with a 30-day trial.
Download Now >>

### QUESTIONS? CALL US:
Sales: 800.541.0954
Technical Support: 800.541.7197
Contact Us >>

HOME
ABOUT US
SUPERFORM PRODUCT INFO
CUSTOMER SUPPORT
CONTACT US

© 2015 STF Services Corp. All Rights Reserved. | 1.800.541.0954 | Privacy Statement