# EXHIBIT

# C

## Lunseth, John

| | |
|---|---|
| **From:** | Hanlin, John <JHanlin@bna.com> |
| **Sent:** | Tuesday, May 12, 2015 1:59 PM |
| **To:** | Lunseth, John |
| **Subject:** | RE: Follow Up From Previous Message; SuperForms Tax Form Inquiry |

Hi John,

We do appreciate your interest in Superforms.  Unfortunately, Superforms is a standalone tax forms library and it will not integrate with another accounting or tax compliance software.  Superforms is really just meant to be a complement to your existing tax software to retrieve any miscellaneous forms not available within your tax software and to give you access to prior year forms not available on the IRS's website or within your tax software (unless you have access to the previous version of that tax software).

In addition, the software does not integrate with other CRM systems (i.e. Dynamics, Sales Force, etc.).

Kind Regards,

>>>>>>>>>>>>>>>>>>>>>>>>>>>>
**John P.  Hanlin**
Account Executive, Software

**Bloomberg BNA**

Direct  703.341.3607
Fax  703.738.7245
jhanlin@bna.com

---

**From:** Lunseth, John [mailto:JLunseth@Briggs.com]
**Sent:** Thursday, April 23, 2015 6:04 PM
**To:** Hanlin, John
**Subject:** RE: Follow Up From Previous Message; SuperForms Tax Form Inquiry


Hi John.  Thanks for your email.  Does your software have the ability to import data to the form from an accounting software?  And if so, what software does it work with (such as Dynamics)?

**John Lunseth**

---

**From:** John Hanlin [mailto:jhanlin@bna.com]
**Sent:** Thursday, April 23, 2015 4:11 PM
**To:** Lunseth, John
**Subject:** Follow Up From Previous Message; SuperForms Tax Form Inquiry

**EXHIBIT  C**

Hello John,

I just left you a message earlier today.  I wanted to follow up with you based on our previous conversation.  Is the Superforms program something that's still on your radar?

Thank you for your interest in **STF SuperForm Tax Forms.**  I am confident that once you try STF SuperForm Tax Forms, you will find the time saving features very easy to use.   No other tax and informational forms software comes close to SuperForm Tax forms in terms of *forms coverage, item-saving features, or support.*  It's what makes SuperForm (STF) a great value and the most trusted name in form preparation.  With STF you receive just some of the value added benefits that I've highlighted below:

- **Comprehensive Library:**  SuperForm is the only solutions that provides government approved forms and instructions for the current tax year and prior years back to 1991.  Free tax forms hotline service ensures delivery of virtually every form you'll ever need back to 1970!
- **Accurate Calculations:**  Self-calculating forms and worksheets ensure accuracy and assist you in completing less commonly used returns quickly and reliably.  Easy to override and restore calculations to handle unique tax situations.
- **Practice Timesavers:**  Taxpayer and preparer data automatically flows to forms and schedules from year to year.   Save interactive forms for future reference and use, or as PDFs, and get over 40 customizable fields.
- **Instant Productivity:**  Easy-to-use-interface with intuitive commands lets you enter data onto forms that look identical to the government's original(s).  Full 5- and 10- state versions are available on the BNA Superforms iNet media!!
- **A Centralized Forms Repository:**  All of your forms and client profile information is in one place.  No longer do you need to spend hours scouring government websites and filling out forms by hand.
- **Guaranteed Success:**  SuperForm is the fastest, easiest, and most accurate federal, state, and local tax and informational forms tool you can own.  It comes with automatic updates, Free customer support, and a money-back guarantee!

Please feel free to get back to me at your earliest opportunity and let me know how I can best serve your tax needs.

Kind Regards,

>>>>>>>>>>>>>>>>>>>>>>>>>>>>>
John P.  Hanlin
Account Executive, Software

**Bloomberg BNA**
Direct  703.341.3607
Fax  703.738.7245
jhanlin@bna.com



CONFIDENTIALITY NOTICE: The information contained in this e-mail communication and any attached documentation may be privileged, confidential or otherwise protected from disclosure and is intended only for the use of the designated recipient(s). It is not intended for transmission to, or receipt by, any unauthorized person. The use, distribution, transmittal or re-transmittal by an unintended recipient of this communication is strictly prohibited without our express approval in writing or by e-mail. If you are not the intended recipient of this e-mail, please delete it from your system without copying it and notify the above sender so that our e-mail address may be corrected. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work-product privilege.