# EXHIBIT

# D

Docket No.: 33067.7<br>
(PATENT)

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Patent Application of:
Arthur D. Jensen, et al

| | |
|---|---|
| Application No.: 11/698,575 | Confirmation No.: 5418 |
| Filed: January 26, 2007 | Art Unit: 2177 |
| For: Method and Apparatus for Creating and Filing Forms | Examiner: Quoc A. Tran |

### FOURTH DECLARATION SUBMITTED UNDER 37 C.F.R. 1.131

Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

Dear Sir:

1. My name is Arthur D. Jensen, I am over 21 years of age, and make this declaration based upon my own personal knowledge. All of the statements contained herein are, in all things, true and correct. I am one of the inventors of the invention claimed in the above-identified patent application.

2. The invention comprises three components: a RectFinder/FormsDesigner, an Aatrix Universal File (AUF), and a FormsViewer.

3. At least as early as May 20, 1993, an early version of the RectFinder/FormsDesigner was reduced to practice in this country by being programmed on a digital computer. Dated source code for this early version of the RectFinder/FormsDesigner is included in this submission as Exhibit 1 with a mapping of the independent claim elements to the source code as Exhibit 2. Exhibits 1 and 2 show that each element of the independent claims of the above-identified patent application for the RectFinder/FormsDesigner was reduced to practice by May 20, 1993.

**EXHIBIT D**

5955864v6

4. At least as early as November 28, 1995, an early version of the software to access the AUF was reduced to practice in this country by being programmed on a digital computer. Dated source code for this early version of the AUF is included in this submission as Exhibit 1 with a mapping of the independent claim elements to the source code as Exhibit 2. Exhibits 1 and 2 show that each element of the independent claims of the above-identified patent application for the AUF was reduced to practice by November 28, 1995.

5. At least as early as November 28, 1995, an early version of the FormsViewer was reduced to practice in this country by being programmed on a digital computer. Dated source code for this early version of the Forms Viewer is included in this submission as Exhibit 1 with a mapping of the independent claim elements to the source code as Exhibit 2. Exhibits 1 and 2 show that each element of the independent claims of the above-identified patent application for the FormsViewer was reduced to practice by November 28, 1995.

6. At least as early as November 28, 1995, the RectFinder/FormsDesigner, the AUF, and the FormsViewer were combined and reduced to practice in this country by being programmed on a digital computer. Dated source code for the combination is included in this submission as Exhibit 1 with a mapping of the combined independent claim elements to the source code as Exhibit 2.

7. The invention was further developed and tested up to the date of filing of the parent to the present application.

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

Date: 16 April, 2014

Arthur D. Jensen

On Apr 16, 2014, at 10:12 AM, Capes, Nelson wrote: