UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

AATRIX SOFTWARE, INC.,

    Plaintiff,

v.                                            CASE NO. 3:15-cv-164-J-20MCR

GREEN SHADES SOFTWARE, INC.,

    Defendant.
_____/

## ORDER

Pursuant to the parties' request in their Case Management Report that a settlement conference be held before a United States Magistrate Judge (Doc. 23 at 7), the settlement conference shall take place on **Tuesday, October 20, 2015, at 10:00 a.m.**, at the United States Courthouse, Courtroom 5C, Fifth Floor, 300 North Hogan Street, Jacksonville, Florida. Trial counsel and representatives of the parties with full settlement authority shall **personally** attend.

**No later than October 8, 2015**, each party shall submit for the Court's consideration an "open" memorandum setting forth their respective positions on settlement. These "open" memoranda **should not be filed** with the Clerk of the Court, but rather should be hand-delivered or e-mailed (Chambers_FLMD_Richardson@flmd.uscourts.gov) directly to Judge Richardson's chambers, with a copy faxed, e-mailed, or hand-delivered to opposing counsel. In addition to this "open" memorandum, at the same time,

each party shall **submit to the Court only, and not opposing counsel**, a memorandum marked **"CONFIDENTIAL."** These "confidential" memoranda shall set forth the ultimate settlement position to which each party would be willing to agree. This "confidential" memorandum is for the Court's benefit only and the contents thereof will not be communicated to anyone.

**DONE AND ORDERED** at Jacksonville, Florida, on September 23, 2015.

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record