UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

AATRIX SOFTWARE, INC.,

    Plaintiff,

v.                                       Case No. 3:15-cv-164-HES-MCR

GREEN SHADES SOFTWARE, INC.,

    Defendant.
_____/

## ORDER

Before the Court is Plaintiff's "Motion and Memorandum for Leave to File Second Amended Complaint" (Doc. 43, filed Oct. 16, 2015). Plaintiff moves the Court for leave to file a second amended complaint; however, this filing lacks the certification required by Local Rule 3.01(g) and is due to be stricken.

Accordingly, it is hereby **ORDERED**:

1. Plaintiff's "Motion and Memorandum for Leave to File Second Amended Complaint" (Doc. 43, filed Oct. 16, 2015) is **STRICKEN** for failure to comply with Local Rule 3.01(g).

**DONE AND ORDERED** at Jacksonville, Florida, this 19th day of October, 2015.

_____
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

On behalf of:     HARVEY E. SCHLESINGER
                       UNITED STATES DISTRICT JUDGE

Copies to:
Joanne M. O'Connor, Esq.

John B. Lunseth, Esq.

Ethan Andrew Way, Esq.

Harold Timothy Gillis, Esq.

Nancy A. Johnson, Esq.