# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

SOUTHEASTERN MECHANICAL
SERVICES, INC.,

      Plaintiffs,

vs.                                    Case No.: 8:08-CV-1151-T-30EAJ

NORMAN BRODY, et al.

      Defendants.
_____/

## ORDER

      For the reasons stated at the hearing on October 21, 2008, discovery status hearings will be held in Courtroom 11A on the following dates: October 31, 2008 at 10:30 a.m. and November 14, 2008 at 10:00 a.m. No later than 12 noon the day prior to the discovery status hearing the parties shall a short, plain joint statement (without legal argument) of the issues to be addressed at the discovery status conference. If no notice is filed, the hearing for the next day will be cancelled. Any party wishing to attend the hearing by telephone may notify courtroom deputy Cathy Morgan (813 301-5777) no later than 3:00 p.m. the day prior to the hearing.

      **DONE AND ORDERED** in Tampa, Florida on this 21st day of October, 2008.

                                                    ELIZABETH A JENKINS
                                                    United States Magistrate Judge

**EXHIBIT A**