# Exhibit A

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

EARL VOUGHT, on his own
behalf and on behalf of those
similarly situated,
      Plaintiff(s),

v.

                                            Case No. 3:15-cv-1415-J-20PDB

CARLSON ENTERPRISES, LLC,
a Florida limited liability company,
ADOLPH CARLSON, an individual,

      Defendant.
_____/

## O R D E R

This matter is before this Court on "Defendants' Amended Motion for Leave to File Reply in Support of Its Motion to Compel Arbitration and Dismiss the Lawsuit" (Dkt. 13) and Plaintiff's response in opposition (Dkt. 15). In this motion, Defendants seeks to file a reply brief, no longer than ten pages, in order to address Plaintiff's "incorrect statements of fact and law.

Accordingly, it is so **ORDERED**:

"Defendants' Amended Motion for Leave to File Reply in Support of Its Motion to Compel Arbitration and Dismiss the Lawsuit" (Dkt. 13) is **DENIED**.

**DONE AND ORDERED** at Jacksonville, Florida, this 24 day of February, 2016.

                                                                  HARVEY E. SCHLESINGER
                                                                   UNITED STATES DISTRICT JUDGE

Copies to:
Catrina Markwalter, Esq.
Jonathan Minick, Esq.