# EXHIBIT 2

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Aatrix Software, Inc.,

    Plaintiff,

v.

Green Shades Software, Inc.,

    Defendant.

_____/

Case No. 3:15-cv-00164-HES-MCR

**AFFIDAVIT OF H. TIMOTHY GILLIS
IN SUPPORT OF GREENSHADES' BILL OF COSTS**

STATE OF FLORIDA    )
COUNTY OF DUVAL    )

    BEFORE ME, the undersigned person duly authorized to administer oaths in the state and county aforesaid, this day personally appeared H. Timothy Gillis who, being by me first duly sworn, deposes and says:

    1.    I am an attorney duly licensed to practice law in the State of Florida. I practice law with the firm Gillis Way & Campbell. I was the lead counsel for the Defendant in this civil action.

    2.    Defendant has filed simultaneously a Bill of Costs and supporting invoices and statements reflecting $457.78 in costs which are incorporated herein. I hereby certify a true and accurate copy of the invoices received for costs incurred by Gillis Way & Campbell on behalf of Defendant in this civil action are attached to the Bill of Costs. These costs were incurred for copying materials required to be produced by Defendant to Plaintiff during the course of discovery.

    3.    The above costs are correct and have necessarily been incurred in this case, and the services for which these costs have been charged were actually and necessarily performed.

    The above is true and correct to the best of my knowledge.

FURTHER AFFIANT SAYETH NOT.

_____
H. TIMOTHY GILLIS, AFFIANT

STATE OF FLORIDA     )
COUNTY OF DUVAL      )

The foregoing instrument was acknowledged before me this 13th day of April, 2016, by H. Timothy Gillis. Such person did take an oath and:

*(Notary must check applicable blank)*
- ☒ is personally known to me.
- ☐ produced a current Florida driver's license as identification.
- ☐ produced _____ as identification.

_____
Notary Public



PAULA J LAGRONE
Commission # FF 168701
Expires October 30, 2018
Bonded Thru Troy Fain Insurance 800-385-7019