**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

Case No. 3:15-cv-00164-HES-MCR

Aatrix Software, Inc.,

    Plaintiff,

v.

Green Shades Software, Inc.,

    Defendant.

---

**PLAINTIFF'S NOTICE TO COURT**

Plaintiff, Aatrix Software, Inc., pursuant to Local Rule 3.01(h), hereby gives Notice to the Court that 180 days have passed since the May 13, 2016 due date for Defendant Green Shades Software, Inc. to respond to **Plaintiff's Motions to Modify and Vacate Judgment, for Reconsideration, for Leave to File a Second Amended Complaint, and Memorandum in Support ("Plaintiff's Motions") [DE 61]**[1] and that although Defendant filed a response to Plaintiff's Motions on May 16, 2016 [DE 65],[2] no decision on Plaintiff's Motions has been rendered by the Court and no Final Judgment has been entered in the matter. In light of the

---

[1] Plaintiff notes that the Court's Order of March 30, 2016 granted Defendants' Motion to Dismiss stated: "The Clerk is directed to **TERMINATE** any pending Motions and to **CLOSE** this case." Counsel for Plaintiff contacted the Court Clerk, inquired if this language precluded any Motions for modification, reconsideration, or amendment of the Complaint, and whether a Motion would be required to re-open the case, and the clerk advised that the closing of the case would not affect any such post-closing Motions.
    Plaintiff further notes that the Second Amended Complaint and Demand for Jury Trial [Proposed] (properly labeled as a Proposed Complaint and referred to as such in Plaintiff's moving papers) [DE 62] filed on April 25, 2016 with Plaintiff's Motion to Amend [DE 61] was incorrectly categorized as a pleading in the Court's ECF system. Counsel for Plaintiff contacted the Court Clerk on or about May 19, 2016, asked what was necessary to correct the ECF categorization, and advised the Clerk that Plaintiff needed the Proposed Amended Complaint to be of record for any appeal. The Clerk advised that the Court would take care of the issue when the Motions were decided, and that no formal Motion was required at the time.

[2] Local Rule 3.01 requires the movant to file this Notice "within … (180) days of the responsive filing (or the expiration of the time allowed for its filing under the local rules)… ." In an abundance of caution and strict compliance with the Local Rule, this Notice is being provided 180 days from the May 13, 2016 deadline to respond to Plaintiff's Motions.

Court's March 30, 2016 Order of Dismissal [DE 59], the grant of Plaintiff's Motions would re-open this matter while the denial of the Plaintiff's Motions would be case dispositive.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 9, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either by transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By  /s/ John B. Lunseth II
John B. Lunseth (Minn. #65341)
BRIGGS AND MORGAN, P.A.
2200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2157
Telephone: (612) 977-8400
Facsimile:  (612) 977-8659
jlunseth@briggs.com

**ATTORNEYS FOR PLAINTIFF AATRIX SOFTWARE, INC.**

**OF COUNSEL:**

Joanne M. O'Connor
(Fla. Bar No. 0498807)
Jones Foster Johnston & Stubbs, P.A.
505 South Flagler Drive
Suite 1100
West Palm Beach, FL 33401
Telephone: (561) 659-3000
Facsimile: (561) 650-5300
joconnor@jonesfoster.com