UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

AATRIX SOFTWARE, INC.,

    Plaintiff,

v.                                            Case No. 3:15-cv-164-HES-MCR

GREEN SHADES SOFTWARE, INC.,

    Defendant.

_____/

## ORDER

THIS CAUSE is before the Court on Plaintiff Aatrix Software, Inc.'s, motions seeking the following relief: (1) to modify, alter, and/or vacate the Judgment and this Court's Order of March 30, 2016; (2) for reconsideration on the part of the March 30, 2016 Opinion affecting Claim 1 of Aatrix's "615 Patent" on the ground of manifest error; and (3) for leave to file a Second Amended Complaint (Dkt. 61); Defendant Green Shades Software, Inc.'s, "Response" in opposition thereto (Dkt. 65). Also before the Court is Defendant's "Motion to Tax Costs and Memorandum in Support" (Dkt. 60), and Plaintiff's "Response" in opposition thereto (Dkt. 64).

### A. Plaintiff's Motions

Upon consideration of the filings and the relevant case law, the Court sees no reason to reconsider its prior determination. Accordingly, Plaintiff's motions will be denied.

### B. Defendant's Motion to Tax Costs

In its motion, Defendant requests the Court award Defendant taxation of costs totaling $457.78 for "costs incident to copies made for purposes of discovery." (Dkt. 60 at 3). Plaintiff does not object to Defendant's motion to the extent Defendant's costs do not exceed $377.78.

Plaintiff, however, does object to Defendant's request to be awarded costs for four 8GB thumb drives at a cost of $25 per unit. Plaintiff insists that $100 for the four thumb drives exceeds Defendant's reasonable costs by $80.

Federal Rule of Civil Procedure 54(d)(1) provides "[u]nless a federal statute, these rules, or a court order provides otherwise, costs—other than attorney's fees—should be allowed to the prevailing party." 28 U.S.C. § 1920 allows for that taxation of costs arising from "[f]ees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in this case." Nevertheless, "Rule 54(d) generally grants a federal court discretion to refuse to tax costs in favor of the prevailing party." *Crawford Fitting Co. v. J. T. Gibbons, Inc.*, 482 U.S. 437, 442 (1987).

As the prevailing party in this litigation, Defendant is entitled to recover costs pursuant to Rule 54 and § 1920. *See* Fed. R. Civ. P 54(d)(1). However, the Court finds that Plaintiff's objection to Defendant's costs as they relate to the four thumb drives has merit. The Court agrees with Plaintiff that $25 dollar price per 8GB thumb drive is unreasonable. Hence, Plaintiff's objection is sustained, and Defendant's taxable costs will be reduced $80 to reflect a $5 unit price for the four thumb drives.

Accordingly, it is **ORDERED**:

1. Plaintiff's Motion to Modify and Vacate Judgment (Dkt. 61) is **DENIED**;

2. Plaintiff's Motion for Reconsideration (Dkt. 61) is **DENIED**;

3. Plaintiff's Motion for Leave to File a Second Amended Complaint (Dkt. 61) is **DENIED**;

4. Defendant's "Motion to Tax Costs and Memorandum in Support" (Dkt. 60) is **GRANTED IN PART and DENIED IN PART**;

5. The total taxable costs against Plaintiff in favor of Defendant shall be $377.78.

**DONE AND ENTERED** at Jacksonville, Florida, this __16th__ day of November, 2016.

_____
HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Joanne M. O'Connor, Esq.
John B. Lunseth, Esq.
Ethan Andrew Way, Esq.
Harold Timothy Gillis, Esq.
Nancy A. Johnson, Esq.