# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

Civil Action No. 3:15-cv-00164-HES-MCR

Aatrix Software, Inc.,

                Plaintiff,

v.

Green Shades Software, Inc.

                Defendant.

## FINAL JUDGMENT

By Order dated March 30, 2016 [DE 59], this Court granted Defendant's Motion to Dismiss Amended Complaint. On November 17, 2016 [DE 67], this Court denied Plaintiff's Motion for Reconsideration and granted in part and denied in part Defendant's Motion to Tax Costs. In accordance with these Orders, it is thereupon

ORDERED AND ADJUDGED as follows:

Final Judgment is hereby entered in favor of Defendant, Green Shades Software, Inc. and against Plaintiff, Aatrix Software, Inc. in the amount of $377.78.

DONE AND ENTERED at Jacksonville, Florida this _____ day of December, 2016.

                                            _____
                                            HARVEY E. SCHLESINGER
                                            UNITED STATES DISTRICT JUDGE

Copies to:

Joanne M. O'Connor, Esq.
John B. Lunseth, Esq.
Ethan Andrew Way, Esq.
Harold Timothy Gillis, Esq.
Nancy A. Johnson, Esq.