UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

AATRIX SOFTWARE, INC.,

    Plaintiff,

v().                                      Case No. 3:15-cv-164-HES-MCR

GREEN SHADES SOFTWARE, INC.,

    Defendant.

_____/

## ORDER

Before the Court is Plaintiff's "Motion for Entry of Final Judgment." (Dkt. 68). By Order dated March 30, 2016, this Court granted Defendant's Motion to Dismiss Amended Complaint. (Dkt. 59). On November 17, 2016, this Court denied Plaintiff's Motion for Reconsideration and granted in part and denied in part Defendant's Motion to Tax Costs. (Dkt. 67). Plaintiff's motion requests the Court enter Final Judgment in favor of Defendant, and against Plaintiff, in the amount of $377.78. Defendant does not oppose the motion.

Accordingly, it is **ORDERED**:

1. Plaintiff's "Motion for Entry of Final Judgment" (Dkt. 68) is **GRANTED**;

2. The Clerk is **DIRECTED** to enter **JUDGMENT** in favor of Defendant, against Plaintiff, in the amount of $377.78; and

3. The Clerk is **DIRECTED** to terminate all pending motions and **CLOSE** this case.

**DONE AND ORDERED** at Jacksonville, Florida, this ___ day of December, 2016.

_____
HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Joanne M. O'Connor, Esq.
John B. Lunseth, Esq.
Ethan Andrew Way, Esq.
Harold Timothy Gillis, Esq.
Nancy A. Johnson, Esq.

2