# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
Golden-Collum Memorial Federal Building & U.S. Courthouse
207 NW Second Street
Ocala, Florida 34475
(352) 369-4860

Sheryl L. Loesch
Clerk

Lisa Fannin
Operations Supervisor
Ocala Division

DATE: January 5, 2017

TO: Clerk, U.S. Federal Court of Appeals

---

AATRIX SOFTWARE, INC,

    **Plaintiff,**

v.                                                       Case No: 3:15-cv-164-J-20MCR

GREENSHADES SOFTWARE, INC

    **Defendant.**

---

U.S.F.C. Appeal Case No.:        NEW APPEAL

Enclosed are documents and information relating to an appeal in the above-referenced action. Please acknowledge receipt on the enclosed copy of this letter.

- Honorable Harvey E. Schlesinger, United States District Judge appealed from.

- Appeal filing fee was paid.

- Certified copy of Notice of Appeal, docket entries, judgment and/or Order appealed from. Opinion was not entered orally.

                                SHERYL L. LOESCH, CLERK

                                By:    s/L. Fannin, Deputy Clerk

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Case No. 3:15-cv-00164-HES-MCR

Aatrix Software, Inc.,

    Plaintiff,

v.

Green Shades Software, Inc.,

    Defendant.

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Plaintiff Aatrix Software, Inc. hereby appeals to the United States District Court of Appeals for the Federal Circuit from the Final Judgment (Senior Judge Harvey E. Schlesinger) entered and filed in this action on December 12, 2016, and from all prior Orders in the case.

Dated: December 13, 2016

By /s/ John B. Lunseth II
John B. Lunseth (Minn. #65341)
BRIGGS AND MORGAN, P.A.
2200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2157
Telephone: (612) 977-8400
Facsimile: (612) 977-8659
jlunseth@briggs.com

**ATTORNEYS FOR PLAINTIFF AATRIX SOFTWARE, INC.**

1

**OF COUNSEL:**

Joanne M. O'Connor
(Fla. Bar No. 0498807)
Jones Foster Johnston & Stubbs, P.A.
505 South Flagler Drive
Suite 1100
West Palm Beach, FL 33401
Telephone: (561) 659-3000
Facsimile: (561) 650-5300
joconnor@jonesfoster.com

APPEAL, CLOSED, SL DOC

# U.S. District Court
## Middle District of Florida (Jacksonville)
### CIVIL DOCKET FOR CASE #: 3:15-cv-00164-HES-MCR

Aatrix Software, Inc v. Greenshades Software, Inc
Assigned to: Senior Judge Harvey E. Schlesinger
Referred to: Magistrate Judge Monte C. Richardson
Cause: 28:2201 Injunction

Date Filed: 02/13/2015
Date Terminated: 03/31/2016
Jury Demand: Plaintiff
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**Aatrix Software, Inc**    represented by    **Joanne M. O'Connor**
Jones, Foster, Johnston & Stubbs, PA
505 S Flagler Dr - Suite 1100
PO Box 3475
West Palm Beach, FL 33402-3475
561/659-3000
Fax: 561/650-0422
Email: joconnor@jones-foster.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John B. Lunseth**
Briggs and Morgan, P.A.
2200 IDS Center
80 S. 8th St.
Minneapolis, MN 55402-2157
612/977-8400
Fax: 612/977-8650
Email: jlunseth@briggs.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Greenshades Software, Inc**    represented by    **Ethan Andrew Way**
Gillis Way & Duncan, LLP
Suite 209
1022 Park St
Jacksonville, FL 33204
904-647-6476
Email: eway@gillisway.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Harold Timothy Gillis**
Gillis Way & Campbell, LLP

1022 Park St Ste 308  
Jacksonville, FL 32204  
904-647-6476  
Fax: 904-738-8640  
Email: tgillis@gillisway.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Nancy A. Johnson**  
Littler Mendelson, PC  
111 North Magnolia Ave  
Suite 1250  
Orlando, FL 32801-2366  
407-393-2925  
Fax: 407-393-2900  
Email: najohnson@littler.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/13/2015 | 1 | COMPLAINT against Greenshades Software, Inc with Jury Demand (Filing fee $ 400 receipt number JAX15273) filed by Aatrix Software, Inc. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit 1)(KJR) (Entered: 02/13/2015) |
| 02/13/2015 | 2 | Patent Report sent to Alexandria, VA. (KJR) (Entered: 02/13/2015) |
| 02/17/2015 | 3 | CORPORATE Disclosure Statement by Aatrix Software, Inc. (O'Connor, Joanne) (Entered: 02/17/2015) |
| 02/23/2015 | 4 | NOTICE of designation under Local Rule 3.05 - Track 2 (MGG) (Entered: 02/23/2015) |
| 03/10/2015 | | ***PRO HAC VICE FEES paid and Special Admission Attorney Certification Form filed by attorney John B. Lunseth, appearing on behalf of Aatrix Software, Inc (Filing fee $150 receipt number JAX015545.). (TSW) (Entered: 03/10/2015) |
| 04/10/2015 | 5 | MOTION for to appear pro hac vice by Aatrix Software, Inc. (Attachments: # 1 Exhibit A-Spcieal Admissions Attorney Certification, # 2 Exhibit B-Certificate Good Standing) (O'Connor, Joanne) Motions referred to Magistrate Judge Monte C. Richardson. (Entered: 04/10/2015) |
| 04/13/2015 | 6 | **ENDORSED ORDER granting 5 Motion to appear pro hac vice. If attorney John B. Lunseth has not already done so, he shall immediately register for a login and password for electronic filing at the Court's website at www.flmd.uscourts.gov. Signed by Magistrate Judge Monte C. Richardson on 4/13/2015. (RTL) Modified on 4/13/2015 (RTL). (Entered: 04/13/2015)** |
| 05/15/2015 | 7 | AMENDED COMPLAINT *AND DEMAND FOR JURY TRIAL* against Greenshades Software, Inc with Jury Demand. filed by Aatrix Software, Inc. (Attachments: # 1 Exhibit 1-615 Patent, # 2 Exhibit 2-393 Patent)(O'Connor, Joanne) (Entered: 05/15/2015) |
| 05/19/2015 | 8 | SUMMONS issued as to Greenshades Software, Inc. (RH) (Entered: 05/19/2015) |
| 05/27/2015 | 9 | RETURN of service executed as to Greenshades Software Inc. on 05/26/2015 by Aatrix Software, Inc *REGARDING SERVICE OF SUMMONS AND AMENDED COMPLAINT ON DEFENDANT.* (O'Connor, Joanne) Modified on 5/28/2015 to correct text (TSW). (Entered: 05/27/2015) |

| | | |
|---|---|---|
| 06/05/2015 | 10 | CORPORATE Disclosure Statement by Greenshades Software, Inc. (Gillis, Harold) (Entered: 06/05/2015) |
| 06/08/2015 | 11 | STIPULATION *for Protective Order* by Aatrix Software, Inc. (Lunseth, John) (Entered: 06/08/2015) |
| 06/08/2015 | 12 | MOTION for protective order by Aatrix Software, Inc. (Lunseth, John) Motions referred to Magistrate Judge Monte C. Richardson. (Entered: 06/08/2015) |
| 06/09/2015 | 13 | NOTICE by Aatrix Software, Inc *Designation of Trial Counsel Pursuant to Local Rule 1.05* (Lunseth, John) (Entered: 06/09/2015) |
| 06/09/2015 | 14 | **ORDER denying without prejudice 12 Motion for Protective Order. Signed by Magistrate Judge Monte C. Richardson on 6/9/2015. (MEH) (Entered: 06/09/2015)** |
| 06/11/2015 | 15 | Amended MOTION for protective order *and Stipulation* by Aatrix Software, Inc. (Lunseth, John) Motions referred to Magistrate Judge Monte C. Richardson. (Entered: 06/11/2015) |
| 06/11/2015 | 16 | AMENDED document by Aatrix Software, Inc. Amendment to 15 Amended MOTION for protective order *and Stipulation Amended Protective Order*. (Lunseth, John) (Entered: 06/11/2015) |
| 06/12/2015 | 17 | **ORDER granting 15 Amended Joint Motion for Protective Order. Signed by Magistrate Judge Monte C. Richardson on 6/12/2015. (MEH) (Entered: 06/12/2015)** |
| 06/12/2015 | 18 | Unopposed MOTION for Extension of Time to File Answer re 7 Amended Complaint by Greenshades Software, Inc. (Gillis, Harold) Motions referred to Magistrate Judge Monte C. Richardson. (Entered: 06/12/2015) |
| 06/15/2015 | 19 | **ENDORSED ORDER granting 18 Enlargement of Time to Respond to Amended Complaint. Defendant shall file a responsive pleading to the Amended Complaint on or before 7/15/2015. Signed by Magistrate Judge Monte C. Richardson on 6/15/2015. (MEH) (Entered: 06/15/2015)** |
| 07/15/2015 | 20 | MOTION to dismiss for failure to state a claim *and Memorandum of Law in Support* by Greenshades Software, Inc. (Gillis, Harold) (Entered: 07/15/2015) |
| 07/23/2015 | 21 | Unopposed MOTION for Extension of Time to File Response/Reply as to 20 MOTION to dismiss for failure to state a claim *and Memorandum of Law in Support* by Aatrix Software, Inc. (Lunseth, John) Motions referred to Magistrate Judge Monte C. Richardson. (Entered: 07/23/2015) |
| 07/24/2015 | 22 | **ENDORSED ORDER granting 21 Unopposed motion for extension of time. Plaintiff shall have up to and including 8/12/2015 to file a response to 20 MOTION to dismiss. Signed by Magistrate Judge Monte C. Richardson on 7/24/2015. (MEH) (Entered: 07/24/2015)** |
| 08/03/2015 | 23 | CASE MANAGEMENT REPORT. (Lunseth, John) (Entered: 08/03/2015) |
| 08/07/2015 | 24 | MOTION to stay discovery *and Memorandum of Law in Support* by Greenshades Software, Inc. (Gillis, Harold) Motions referred to Magistrate Judge Monte C. Richardson. (Entered: 08/07/2015) |
| 08/12/2015 | 25 | MEMORANDUM in opposition re 20 Motion to dismiss for failure to state a claim filed by Aatrix Software, Inc. (Lunseth, John) (Entered: 08/12/2015) |
| 08/12/2015 | 26 | DECLARATION of A. Dale Jensen re 25 Memorandum in opposition by Aatrix Software, Inc. (Lunseth, John) STRICKEN per Order 37 Modified on 9/11/2015 to edit text(TSW). (Entered: 08/12/2015) |

| | | |
|---|---|---|
| 08/12/2015 | 27 | DECLARATION of John B. Lunseth re 25 Memorandum in opposition by Aatrix Software, Inc. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Lunseth, John)STRICKEN per Order 37 Modified on 9/11/2015 to edit text(TSW). (Entered: 08/12/2015) |
| 08/20/2015 | 28 | MOTION for leave to file under seal *pursuant to Protective Order* by Aatrix Software, Inc. (Attachments: # 1 Exhibit A)(Lunseth, John) (Entered: 08/20/2015) |
| 08/21/2015 | 29 | MEMORANDUM in opposition re 24 Motion to stay discovery filed by Aatrix Software, Inc. (Lunseth, John) (Entered: 08/21/2015) |
| 08/21/2015 | 30 | DECLARATION of John B. Lunseth re 29 Memorandum in opposition by Aatrix Software, Inc. (Attachments: # 1 Exhibit 1 - Letter dated 9/25/14 to Greenshades, # 2 Exhibit 2 - Letter dated 10/10/14 to Greeshades, # 3 Exhibit 3 - Email dated 10/16/14 from Gillis, # 4 Exhibit 4 - Email dated 10/21/14 from Gillis, # 5 Exhibit 5 - Email dated 10/21/14 from Lunseth re Confidentiality Agreement, # 6 Exhibit 6 - Email dated 10/21/14 from Lunseth, # 7 Exhibit 7 - Email dated 10/21/14 from Gillis re Confidentiality Agreement, # 8 Exhibit 8 - Email dated 10/22/14 from Lunseth re redraft of agreement, # 9 Exhibit 9 - Email dated 11/5/14 from Gillis, # 10 Exhibit 10 - Email dated 11/6/14 from Lunseth, # 11 Exhibit 11 - Email dated 11/7/14 from Lunseth, # 12 Exhibit 12 - Email dated 11/11/14 from Lunseth, # 13 Exhibit 13 - Confidentiality Agreement, # 14 Exhibit 14 - Email dated 2/12/15 from Gillis, # 15 Exhibit 15 - Email dated 2/13/15 from Gillis, # 16 Exhibit 16 - Email dated 2/13/15 from Lunseth re Ludington's CV, # 17 Exhibit 17 - Email dated 3/12/15 from Lunseth, # 18 Exhibit 18 - Email dated 5/6/15 from Lunseth, # 19 Exhibit 19 - Email dated 5/13/15 from Lunseth, # 20 Exhibit 20 - Email dated 6/5/15 from Lunseth re Extension, # 21 Exhibit 21 - Email dated 6/8/15 from Ethan Way, # 22 Exhibit 22 - Email dated 6/11/15 from Gillis)(Lunseth, John) (Entered: 08/21/2015) |
| 08/24/2015 | 31 | **ORDER granting 28 Motion to Seal. See Order for further details. Signed by Magistrate Judge Monte C. Richardson on 8/24/2015. (MEH)** (Entered: 08/24/2015) |
| 08/24/2015 | 32 | MOTION for leave to file *Reply in Support of Motion to Dismiss (Doc. 20) and in Response to Memorandum in Opposition (Doc. 25)* by Greenshades Software, Inc. (Gillis, Harold) (Entered: 08/24/2015) |
| 08/25/2015 | | Sealed Document S-33. (TSW) (Entered: 08/25/2015) |
| 08/26/2015 | 34 | MEMORANDUM in opposition re 32 Motion for Leave to file document *Reply Brief or in the Alternative, to Allow Plaintiff to File a Surreply* filed by Aatrix Software, Inc. (Lunseth, John) (Entered: 08/26/2015) |
| 09/09/2015 | 35 | NOTICE of *Additional* Appearance by Nancy A. Johnson on behalf of Greenshades Software, Inc (Johnson, Nancy) (Entered: 09/09/2015) |
| 09/09/2015 | 36 | MOTION for protective order by All Defendants. (Attachments: # 1 Exhibit A - Written Discovery)(Johnson, Nancy) Motions referred to Magistrate Judge Monte C. Richardson. (Entered: 09/09/2015) |
| 09/10/2015 | 37 | **ORDER denying 24 Motion to stay discovery; denying 32 Motion for Leave to File; striking 26 DECLARATION of A. Dale Jensen; striking 27 DECLARATION of John B. Lunseth. Signed by Senior Judge Harvey E. Schlesinger on 9/9/2015. (MGG)** (Entered: 09/10/2015) |
| 09/14/2015 | 38 | **ENDORSED ORDER denying as moot 36 Motion for protective order in light of 37 Order denying motion to stay discovery. Signed by Magistrate Judge Monte C. Richardson on 9/14/2015. (MEH)** (Entered: 09/14/2015) |
| 09/23/2015 | 39 | **ORDER scheduling and providing instructions for settlement conference. Settlement |

| | | |
|---|---|---|
| | | Conference set for 10/20/2015 at 10:00 AM in Jacksonville Courtroom 5 C before Magistrate Judge Monte C. Richardson. Signed by Magistrate Judge Monte C. Richardson on 9/23/2015. (MEH) (Entered: 09/23/2015) |
| 09/24/2015 | 40 | NOTICE of hearing on motion re 20 MOTION to dismiss for failure to state a claim *and Memorandum of Law in Support*. Motion Hearing set for 10/20/2015 at 1:30 PM in Jacksonville Courtroom 10 C before Senior Judge Harvey E. Schlesinger. (MGG) (Entered: 09/24/2015) |
| 09/24/2015 | 41 | (CORRECTED AS TO DATE) NOTICE of hearing on motion re 20 MOTION to dismiss for failure to state a claim *and Memorandum of Law in Support*. Motion Hearing set for WEDNESDAY, 10/21/2015 at 1:30 PM in Jacksonville Courtroom 10 C before Senior Judge Harvey E. Schlesinger. (MGG) (Entered: 09/24/2015) |
| 09/28/2015 | 42 | CASE MANAGEMENT AND SCHEDULING ORDER: Discovery due by 8/3/2016, Dispositive motions due by 10/3/2016, Final Pretrial Conference set for 2/15/2017 at 10:00 AM in Jacksonville Courtroom 10 C before Senior Judge Harvey E. Schlesinger, Jury Trial set for trial term commencing 4/3/2017 at 9:30 AM in Jacksonville Courtroom 10 C before Senior Judge Harvey E. Schlesinger. Signed by Deputy Clerk on 9/28/2015. (MGG) (Entered: 09/28/2015) |
| 10/16/2015 | 43 | STRICKEN; MOTION for leave to file *and Memorandum to File Second Amended Complaint* by Aatrix Software, Inc. (Attachments: # 1 Exhibit A)(Lunseth, John) Modified on 10/20/2015 to edit text (TSW). (Entered: 10/16/2015) |
| 10/19/2015 | 44 | **ORDER striking 43 Motion for Leave to File Second Amended Complaint for failure to comply with Local Rule 3.01(g). Signed by Magistrate Judge Monte C. Richardson on 10/19/2015. (MGG) (Entered: 10/19/2015)** |
| 10/19/2015 | 45 | Amended MOTION for leave to file SECOND AMENDED COMPLAINT by Aatrix Software, Inc. (Attachments: # 1 Exhibit A-BLACKLINED VERSION SECOND AMENDED COMPLAINT)(O'Connor, Joanne) (Entered: 10/19/2015) |
| 10/20/2015 | 46 | Minute Entry. Proceedings held before Magistrate Judge Monte C. Richardson: SETTLEMENT CONFERENCE held on 10/20/2015. (Digital) (SHS) (Entered: 10/20/2015) |
| 10/21/2015 | 47 | Minute Entry. Proceedings held before Senior Judge Harvey E. Schlesinger: MOTION HEARING held on 10/21/2015; taking under advisement 20 Motion to Dismiss for Failure to State a Claim; taking under advisement 45 Motion for Leave to File SECOND AMENDED COMPLAINT. Court Reporter: Allison Murray/Cornerstone (MGG) (Entered: 10/22/2015) |
| 11/02/2015 | 48 | RESPONSE in Opposition re 45 Amended MOTION for leave to file SECOND AMENDED COMPLAINT *and Incorporated Memorandum of Legal Authority* filed by Greenshades Software, Inc. (Gillis, Harold) (Entered: 11/02/2015) |
| 01/20/2016 | 49 | MOTION to Compel Production of Documents and Memorandum of Legal Authority by Aatrix Software, Inc. (Lunseth, John) Motions referred to Magistrate Judge Monte C. Richardson. (Entered: 01/20/2016) |
| 01/20/2016 | 50 | DECLARATION of John B. Lunseth, II re 49 MOTION to Compel Production of Documents and Memorandum of Legal Authority by Aatrix Software, Inc. (Attachments: # 1 Exhibit A - List of Items for discussion, # 2 Exhibit B - Email Documenting telephone conference of 10/7/15 concerning discovery, # 3 Exhibit C - Confirming Email of 11/4 with notes from Defendant's Counsel, # 4 Exhibit D - 11/19/15 Letter to Timothy Gillis, # 5 Exhibit E - Covering Email dated 12/14/15 with a copy of 11/19 letter, # 6 Exhibit F - Email Chain between Defendant's counsel and Lunseth on 1/8, # 7 Exhibit G - Copy of |

| | | |
|---|---|---|
| | | email chain of 1/11, # 8 Exhibit H - Decision of Green, Tweed of Delaware, Inc. v. DuPont Dow Elastomers, LLC, # 9 Exhibit I - Decision of K-Tec, Inc. v. Vita-Mix Corp.)(Lunseth, John) (Entered: 01/20/2016) |
| 01/20/2016 | 51 | CERTIFICATE of counsel re 49 MOTION to Compel Production of Documents and Memorandum of Legal Authority *Pursuant to Rule 37(a)(1) R.R.Civ.P. and Local Rule 3.01(g)* by John B. Lunseth on behalf of Aatrix Software, Inc (Lunseth, John) (Entered: 01/20/2016) |
| 01/29/2016 | 52 | MOTION for miscellaneous relief, specifically That this Court set a Discovery Status Conference at the Court's earliest convenience. by Aatrix Software, Inc. (Attachments: # 1 Exhibit A)(Lunseth, John) (Entered: 01/29/2016) |
| 01/29/2016 | 53 | CERTIFICATE of compliance re 52 MOTION for miscellaneous relief, specifically That this Court set a Discovery Status Conference at the Court's earliest convenience. by Aatrix Software, Inc. (Lunseth, John) (Entered: 01/29/2016) |
| 02/08/2016 | 54 | RESPONSE in Opposition re 49 MOTION to Compel Production of Documents and Memorandum of Legal Authority filed by Greenshades Software, Inc. (Attachments: # 1 Exhibit A - Declaration of H. Gillis)(Gillis, Harold) (Entered: 02/08/2016) |
| 02/09/2016 | 55 | MOTION for leave to file Reply in Support of Motion to Compel by Aatrix Software, Inc. (Lunseth, John) (Entered: 02/09/2016) |
| 02/09/2016 | 56 | CERTIFICATE of compliance re 55 MOTION for leave to file Reply in Support of Motion to Compel by Aatrix Software, Inc. (Lunseth, John) (Entered: 02/09/2016) |
| 02/16/2016 | 57 | RESPONSE to Motion re 52 MOTION for miscellaneous relief, specifically That this Court set a Discovery Status Conference at the Court's earliest convenience. filed by Greenshades Software, Inc. (Johnson, Nancy) (Entered: 02/16/2016) |
| 02/26/2016 | 58 | RESPONSE in Opposition re 55 MOTION for leave to file Reply in Support of Motion to Compel filed by Greenshades Software, Inc. (Attachments: # 1 Exhibit A)(Johnson, Nancy) (Entered: 02/26/2016) |
| 03/30/2016 | 59 | **ORDER granting 20 Motion to Dismiss Amended Complaint; dismissing this case with prejudice; directing the Clerk to terminate any pending motions and to close this case. Signed by Senior Judge Harvey E. Schlesinger on 3/30/2016. (MGG)** (Entered: 03/30/2016) |
| 04/13/2016 | 60 | MOTION for Taxation of Costs by All Defendants. (Attachments: # 1 Exhibit Bill of Costs, # 2 Affidavit in Support of Bill of Costs)(Gillis, Harold) (Entered: 04/13/2016) |
| 04/26/2016 | 61 | MOTION to modify Second Amended Complaint , MOTION to Vacate , MOTION for Reconsideration , MOTION for leave to file Second Amended Complaint by Aatrix Software, Inc. (Lunseth, John) (Entered: 04/26/2016) |
| 04/26/2016 | 62 | SECOND AMENDED COMPLAINT against Greenshades Software, Inc with Jury Demand. filed by Aatrix Software, Inc. Related document: 7 Amended Complaint filed by Aatrix Software, Inc. (Attachments: # 1 Exhibit A - US Patent 7,171,615, # 2 Exhibit B - '393 Patent, # 3 Exhibit C (part 1) - File Wrappter of "615, # 4 Exhibit C (part 2) - File Wrappter of "615, # 5 Exhibit D - Computer Implemented Method for Automatic Extraction of Data, # 6 Exhibit E - Ingegrated From Document, # 7 Exhibit F - Web Based Entry of Financial Transaction Info, # 8 Exhibit G - Automated Tax Return with Universal Data Import, # 9 Exhibit H - PostScript to PDF Conversion of Graphic Image Files, # 10 Exhibit I - Interactive Record-Keeping System, # 11 Exhibit J - System and Method for Automated Form Generation, # 12 Exhibit K - (part 1) - File Wrapper of "393 Patent, # 13 Exhibit K - (part 2) - File Wrapper of "393 Patent, # 14 Exhibit K - (part 3) - File Wrapper of "393 Patent, # 15 Exhibit K - (part 4) - File Wrapper of "393 Patent, # 16 Exhibit K - |

| Date | # | Description |
|---|---|---|
| | | (part 5) - File Wrapper of "393 Patent, # 17 Exhibit K - (part 6) - File Wrapper of "393 Patent, # 18 Exhibit K - (part 7) - File Wrapper of "393 Patent, # 19 Exhibit K - (part 8) - File Wrapper of "393 Patent, # 20 Exhibit K - (part 9) - File Wrapper of "393 Patent, # 21 Exhibit K - (part 10) - File Wrapper of "393 Patent, # 22 Exhibit K - (part 11) - File Wrapper of "393 Patent, # 23 Exhibit L - Interim Eligibility Guidance, # 24 Exhibit M - Method and Apparatus for Converting Documents, # 25 Exhibit N - Image Based Document and Processing and Information Management System, # 26 Exhibit O - Method and System for Automatically Filling Form, # 27 Exhibit P - Distributed Access Management of Information Resources, # 28 Exhibit Q - Office Act in the Examination of '955 Application, # 29 Exhibit R - Response to Office Action and Request for Interview, # 30 Exhibit S - Letter dated Nov. 17, 2014)(Lunseth, John) Modified on 4/28/2016 to edit text(TSW). (Entered: 04/26/2016) |
| 04/26/2016 | 63 | CERTIFICATE of compliance re 61 MOTION to modify Second Amended Complaint MOTION to Vacate MOTION for Reconsideration MOTION for leave to file Second Amended Complaint by Aatrix Software, Inc. (Lunseth, John) (Entered: 04/26/2016) |
| 05/02/2016 | 64 | MEMORANDUM in opposition re 60 Motion for Taxation of Costs filed by Aatrix Software, Inc. (O'Connor, Joanne) (Entered: 05/02/2016) |
| 05/16/2016 | 65 | MEMORANDUM in opposition re 61 Motion to modifyMotion to VacateMotion for ReconsiderationMotion for Leave to file document filed by Greenshades Software, Inc. (Johnson, Nancy) (Entered: 05/16/2016) |
| 11/09/2016 | 66 | NOTICE by Aatrix Software, Inc (Lunseth, John) (Entered: 11/09/2016) |
| 11/17/2016 | 67 | **ORDER granting in part and denying in part 60 Motion for Taxation of Costs. ; denying 61 Motion to modify vacate judgment; denying 61 Motion for Reconsideration ; denying 61 Motion for Leave to File a Second Amended Complaint; The total taxable costs against Plaintiff in favor of Defendant shall be $377.78. Signed by Senior Judge Harvey E. Schlesinger on 11/16/2016. (MGG) Modified on 11/17/2016 (MGG). (Entered: 11/17/2016)** |
| 12/05/2016 | 68 | Unopposed MOTION for Final Judgment by Aatrix Software, Inc. (Attachments: # 1 Exhibit A: Proposed Final Judgment)(O'Connor, Joanne) Modified on 12/6/2016 to edit text(TSW). (Entered: 12/05/2016) |
| 12/12/2016 | 69 | **ORDER granting 68 Motion for Final Judgment. The Clerk is directed to enter Judgment in favor of Defendant, against Plaintiff, in the amount of $377.78 and the Clerk is directed to terminate all pending motions and close this case. Signed by Senior Judge Harvey E. Schlesinger on 12/09/2016. (TSW) (Entered: 12/12/2016)** |
| 12/12/2016 | 70 | **JUDGMENT is hereby entered in favor of Defendant, Greenshades Software, Inc. and against Plaintiff, Aatrix Software, Inc. in the amount of $377.78. Signed by Deputy Clerk on 12/12/2016. (TSW) (Entered: 12/12/2016)** |
| 12/13/2016 | 71 | NOTICE OF APPEAL as to 70 Judgment by Aatrix Software, Inc. Filing fee not paid. (Lunseth, John) (Entered: 12/13/2016) |
| 12/15/2016 | 72 | TRANSMITTAL of initial appeal package to USCA consisting of copies of notice of appeal, docket sheet, order/judgment being appealed, and motion, if applicable to USCA re 71 Notice of appeal. Eleventh Circuit Transcript information form available to counsel at www.flmd.uscourts.gov under Forms and Publications/General. (EAM) (Entered: 12/15/2016) |
| 12/20/2016 | | USCA appeal fees received $ 505 receipt number JAX022438 re 71 Notice of appeal filed by Aatrix Software, Inc - PAID ON 12/19/2016. (AEJ) (Entered: 12/20/2016) |

| 12/27/2016 | 73 | TRANSCRIPT information form filed by Aatrix Software, Inc for proceedings held on October 21, 2015 before Senior Judge Harvey E. Schlesinger re 71 Notice of appeal. (Lunseth, John) (Entered: 12/27/2016) |

| PACER Service Center ||||
|---|---|---|---|
| Transaction Receipt ||||
| 01/05/2017 12:38:44 ||||
| PACER Login: | lMfannin:4262979:3956495 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 3:15-cv-00164-HES-MCR |
| Billable Pages: | 7 | Cost: | 0.70 |

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

AATRIX SOFTWARE, INC.,

    Plaintiff,

v.                                 Case No. 3:15-cv-164-HES-MCR

GREEN SHADES SOFTWARE, INC.,

    Defendant.

_____/

### ORDER

Before the Court is Plaintiff's "Motion for Entry of Final Judgment." (Dkt. 68). By Order dated March 30, 2016, this Court granted Defendant's Motion to Dismiss Amended Complaint. (Dkt. 59). On November 17, 2016, this Court denied Plaintiff's Motion for Reconsideration and granted in part and denied in part Defendant's Motion to Tax Costs. (Dkt. 67). Plaintiff's motion requests the Court enter Final Judgment in favor of Defendant, and against Plaintiff, in the amount of $377.78. Defendant does not oppose the motion.

Accordingly, it is **ORDERED**:

1. Plaintiff's "Motion for Entry of Final Judgment" (Dkt. 68) is **GRANTED**;

2. The Clerk is **DIRECTED** to enter **JUDGMENT** in favor of Defendant, against Plaintiff, in the amount of $377.78; and

3. The Clerk is **DIRECTED** to terminate all pending motions and **CLOSE** this case.

**DONE AND ORDERED** at Jacksonville, Florida, this ___ day of December, 2016.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Joanne M. O'Connor, Esq.
John B. Lunseth, Esq.
Ethan Andrew Way, Esq.
Harold Timothy Gillis, Esq.
Nancy A. Johnson, Esq.

2

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

AATRIX SOFTWARE, INC,

    Plaintiff,

V.                                                                          Case No: 3:15-cv-164-J-20MCR

GREENSHADES SOFTWARE, INC,

    Defendant.

## JUDGMENT IN A CIVIL CASE

**Decision by Court.**  This action came before the Court and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that pursuant to this Court's Order entered December 9, 2016, Judgment is hereby entered in favor of Defendant, Greenshades Software, Inc. and against Plaintiff, Aatrix Software, Inc. in the amount of $377.78.

Date: December 12, 2016

                                       SHERYL L. LOESCH, CLERK

                                       s/____, Deputy Clerk

Copy to:

Counsel of Record

## CIVIL APPEALS JURISDICTION CHECKLIST

1. **Appealable Orders**: Courts of Appeals have jurisdiction conferred and strictly limited by statute:

    (a) Appeals from final orders pursuant to 28 U.S.C. Section 1291: Only final orders and judgments of district courts, or final orders of bankruptcy courts which have been appealed to and fully resolved by a district court under 28 U.S.C. Section 158, generally are appealable. A final decision is one that "ends the litigation on the merits and leaves nothing for the court to do but execute the judgment." Pitney Bowes, Inc. V. Mestre, 701 F.2d 1365, 1368 (11th Cir. 1983). A magistrate judge's report and recommendation is not final and appealable until judgment thereon is entered by a district court judge. 28 U.S.C. Section 636(c).

    (b) In cases involving multiple parties or multiple claims, a judgment as to fewer than all parties or all claims is not a final, appealable decision unless the district court has certified the judgment for immediate review under Fed.R.Civ.P. 54(b), Williams v. Bishop, 732 F.2d 885, 885-86 (11th Cir. 1984). A judgment which resolves all issues except matters, such as attorneys' fees and costs, that are collateral to the merits, is immediately appealable. Budinich v. Becton Dickinson & Co., 486 U.S. 196, 201, 108 S. Ct. 1717, 1721-22, 100 L.Ed.2d 178 (1988); LaChance v. Duffy's Draft House, Inc., 146 F.3d 832, 837 (11th Cir. 1998).

    (c) Appeals pursuant to 28 U.S.C. Section 1292(a): Appeals are permitted from orders "granting, continuing, modifying, refusing or dissolving injunctions or refusing to dissolve or modify injunctions..." and from "[i]nterlocutory decrees...determining the rights and liabilities of parties to admiralty cases in which appeals from final decrees are allowed." Interlocutory appeals from orders denying temporary restraining orders are not permitted.

    (d) Appeals pursuant to 28 U.S.C. Section 1292(b) and Fed.R.App.P.5: The certification specified in 28 U.S.C. Section 1292(b) must be obtained before a petition for permission to appeal is filed in the Court of Appeals. The district court's denial of a motion for certification is not itself appealable.

    (e) Appeals pursuant to judicially created exceptions to the finality rule: Limited exceptions are discussed in cases including, but not limited to: Cohen V. Beneficial Indus. Loan Corp., 337 U.S. 541, 546, 69 S.Ct. 1221, 1225-26, 93 L.Ed. 1528 (1949); Atlantic Fed. Sav. & Loan Ass'n v. Blythe Eastmnn Paine Webber, Inc., 890 F. 2d 371, 376 (11th Cir. 1989); Gillespie v. United States Steel Corp., 379 U.S. 148, 157, 85 S. Ct. 308, 312, 13 L.Ed.2d 199 (1964).

2. **Time for Filing**: The timely filing of a notice of appeal is mandatory and jurisdictional. Rinaldo v. Corbett, 256 F.3d 1276, 1278 (11th Cir. 2001). In civil cases, Fed.R.App.P.4(a) and (c) set the following time limits:

    (a) Fed.R.App.P. 4(a)(1): A notice of appeal in compliance with the requirements set forth in Fed.R.App.P. 3 must be filed in the district court within 30 days after the entry of the order or judgment appealed from. However, if the United States or an officer or agency thereof is a party, the notice of appeal must be filed in the district court within 60 days after such entry. THE NOTICE MUST BE RECEIVED AND FILED IN THE DISTRICT COURT NO LATER THAN THE LAST DAY OF THE APPEAL PERIOD - no additional days are provided for mailing. Special filing provisions for inmates are discussed below.

    (b) Fed.R.App.P. 4(a)(3): "If one party timely files a notice of appeal, any other party may file a notice of appeal within 14 days after the date when the first notice was filed, or within the time otherwise prescribed by this Rule 4(a), whichever period ends later."

    (c) Fed.R.App.P.4(a)(4): If any party makes a timely motion in the district court under the Federal Rules of Civil Procedure of a type specified in this rule, the time for appeal for all parties runs from the date of entry of the order disposing of the last such timely filed motion.

    (d) Fed.R.App.P.4(a)(5) and 4(a)(6): Under certain limited circumstances, the district court may extend the time to file a notice of appeal. Under Rule 4(a)(5), the time may be extended if a motion for an extension is filed within 30 days after expiration of the time otherwise provided to file a notice of appeal, upon a showing of excusable neglect or good cause. Under Rule 4(a)(6), the time may be extended if the district court finds upon motion that a party did not timely receive notice of the entry of the judgment or order, and that no party would be prejudiced by an extension.

    (e) Fed.R.App.P.4(c): If an inmate confined to an institution files a notice of appeal in either a civil case or a criminal case, the notice of appeal is timely if it is deposited in the institution's internal mail system on or before the last day for filing. Timely filing may be shown by a declaration in compliance with 28 U.S.C. Section 1746 or a notarized statement, either of which must set forth the date of deposit and state that first-class postage has been prepaid.

3. **Format of the notice of appeal**: Form 1, Appendix of Forms to the Federal Rules of Appellate Procedure, is a suitable format. See also Fed.R.App.P. 3(c). A pro se notice of appeal must be signed by the appellant.

4. **Effect of a notice of appeal**: A district court loses jurisdiction (authority) to act after the filing of a timely notice of appeal, except for actions in aid of appellate jurisdiction or to rule on a timely motion of the type specified in Fed.R.App.P. 4(a)(4).