**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

|  |  |  |
|---|---|---|
| AATRIX SOFTWARE, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 3:15-cv-00164-HES-MCR |
| GREEN SHADES SOFTWARE, INC., | ) ) | |
| Defendants. | ) ) | |

## <u>PLAINTIFF'S MOTION FOR LEAVE TO FILE A REPLY TO DEFENDANT'S RESPONSIVE CLAIM CONSTRUCTION BRIEF</u>

In Defendant's Responsive Claim Construction Brief (Doc. 120), Defendant presents two new constructions for the claim terms: "data file" and "form file." *Id.* at 2-8. Defendant also provided, for the first time, a supporting declaration from a consultant that addresses these claim terms.  Declaration of Craig Rosenberg, Doc. 121, ¶¶48-71. At no time prior to the filing of its brief, on January 18, 2019 at 9:29 p.m., did Defendant inform Plaintiff that it would be altering its proposed construction for these two disputed terms.  Plaintiff spent precious brief space on constructions that Defendant no longer championed. More importantly, Defendant's failure to advise of its new constructions until the final briefs were filed cut off Plaintiff's ability to meaningfully respond to the new constructions in either of Plaintiff's briefs or by way of expert declarations.  This is the epitome of unfair surprise. Moreover, each of these terms appear in every asserted independent patent claim, and therefore, implicate each claim at issue in this patent infringement action.

Plaintiff respectfully requests leave from the Court to file a single, seven-page Reply and a supporting expert declaration, each limited to addressing Defendant's new constructions for "data file" and "form file."

## I.       STANDARD

"No party shall file any reply or further memorandum directed to the motion or response . . . unless the Court grants leave." L.R. 3.01(c).  The purpose of a reply brief is to rebut any new law or facts contained in the oppositions response to a request for relief before the Court. *Promenades Mall (E&A), LLC v. Allstate Ins. Co.*, No. 208CV475FTM29SPC, 2008 WL 11334927, at *1 (M.D. Fla. Aug. 12, 2008).

## II.      ARGUMENT

Defendant presented new constructions for the terms "form file" and "data file" in its last-minute filing with the Court on January 18.  These constructions were not provided in the November 5, 2018 exchange of claim terms and proposed constructions, or in Defendant's opening brief.  Defendant also failed to inform Plaintiff of its intention to alter its claim constructions, or that it would be supporting its newly-proposed constructions with a consultant's declaration. Plaintiff was surprised that Defendant altered its claim constructions for these two important claim terms at the last minute without providing any notice. Courts seek to prevent this "shifting sands" approach to claim construction. *See O2 Micro Int'l Ltd. v. Monolithic Power Sys., Inc.*, 467 F.3d 1355, 1364 (Fed. Cir. 2006).

As it stands, Plaintiff has never had the opportunity to address Defendant's newly-proposed claim constructions. The new factual and legal assertions forwarded by Defendant in its brief and in the Rosenberg declaration regarding its constructions for "data file" and

"form file" provide good cause for Plaintiff's request for an opportunity to explain to the Court why Defendant's new constructions are wrong.

Given that the Markman hearing is set for February 27, 2019, sufficient time remains for Plaintiff to provide a reply brief and supporting declaration well in advance of the hearing, such that no modification to the Court's schedule is necessary. As good cause exists for Plaintiff to respond to Defendant's new factual and legal assertions concerning the meaning of the terms "data file" and "form file," Plaintiff respectfully requests leave to file a reply brief and supporting declaration consistent with this Motion.

### III.    LOCAL RULE 3.01(g) CERTIFICATION

Plaintiff's counsel conferred with counsel for Defendant via telephone and correspondence on January 18 and 22, 2019 regarding Plaintiff's Motion for Leave to File a Reply.  Defendant's counsel informed Plaintiff's counsel that Defendant opposed Plaintiff's Motion for Leave to File a Reply.

Respectfully Submitted,                          Dated: January 22, 2019

By: *s/* John B. Lunseth                         LOCAL COUNSEL:
John B. Lunseth (Trial Counsel) (Minn.    Joanne M. O'Connor
#65341)                                          (Fla. Bar No. 0498807)
Mira Vats-Fournier (Minn. #0399692)        JONES FOSTER JOHNSTON
Aaron M. Johnson (Minn. #034641X)          & STUBBS, PA
BRIGGS AND MORGAN, P.A.                     505 South Flagler Drive, Suite 1100
80 South Eighth Street, Ste. 2200          West Palm Beach, FL 33401
Minneapolis, MN 55402-2157                 561-659-3000
612-977-8400                               561-650-5300 (facsimile)
612-977-8659 (facsimile)                   joconnor@jonesfoster.com
jlunseth@briggs.com
mvats-fournier@briggs.com                  **ATTORNEYS FOR PLAINTIFF**
ajohnson@briggs.com                        **AATRIX SOFTWARE, INC.**