## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| Aatrix Software, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Green Shades Software, Inc. <br><br> Defendant. | Civil Action No. 3:15-cv-00164-HES-MCR |

### JOINT MOTION TO AMEND THE SCHEDULING ORDER

Plaintiff Aatrix Software, Inc. and Defendant Green Shades Software, Inc. jointly move pursuant to Rules 6(b)(1)(A) and 16(b)(4), Federal Rules of Civil Procedure, to amend the current Case Management and Scheduling Order. Following the appeal of this matter the Court issued an Amended Case Management and Scheduling Order ("Second CMSO")(Dkt. 99), and on March 19, 2019, amended that Order ("Amended 2d CMSO") on the joint request of the parties to extend discovery dates (Dkt. 137).

During the Status Conference of August 8, 2018, the Court indicated that, after issuance of the Scheduling Order, the parties could confer and propose any corrections or additions to the Scheduling Order.

The parties have completed fact discovery in accordance with the Amended 2d CMSO (Dkt. 137)[1]. The parties have also completed the claim construction briefing, and

---

[1] With the exception of issues raised by both parties in pending Motions to Compel before the Court and the agreed limited continuance of the Aatrix 30(b)(6) deposition.

a Markman hearing was conducted on February 27, 2019. (Dkt. 133). Many of the remaining deadlines in the Amended 2d CMSO, such as those for expert reports, expert discovery, and summary judgment were and remain keyed to the issuance of the Court's *Markman* order, and remain open. These items were keyed to the *Markman* Order because, for example, the parties and their expert reports need the Court's *Markman* claim term interpretations in order to generate expert reports, opinions, and testimony on infringement and any validity issues. However, several of the deadlines, such as the deadlines for submissions of Motions in Limine, the Final Pretrial Conference, and the Trial date are independent of the issuance of the Markman order, and are rapidly approaching. *Id.* Accordingly, the parties respectfully request modification of the Amended 2d CMSO (Dkt. 137) to cancel the remaining fixed dates in the Amended 2d CMSO. The parties further request that the Court set a status conference after issuance of the *Markman* order. The purpose of the status conference would be to reschedule and reset the dates that remain in the Amended 2d CMSO, including the trial date, as set forth in Exhibit 1.

As noted in the parties' previous joint motion to amend the scheduling order, the resolution of disputed claim terms in advance of expert reports and amended contentions should streamline the issues for trial and further conserve the resources of the Court and the parties. The *Markman* order will impact the infringement and validity analyses undertaken by the experts. The parties' summary judgment motions (one of the dates keyed to the issuance of the *Markman* Order in the Amended 2d CMSO) will also be premised on the Court's claim term interpretations.

These reasons constitute good cause under Rules 6(b)(1)(A) and 16(b)(4) to amend the dates.

Subject to Court approval, the parties have agreed on the proposed amended dates as set forth in the table attached as Exhibit 1, and request a third amended case management and scheduling order adopted with these proposed dates. The parties also request that a status conference should be set by the Court, to occur after issuance of the *Markman* Order, in order to reset the dates for the parties' motions in limine, a final pretrial conference, and trial.

Dated: October 15, 2019

| | |
|---|---|
| By: __/s/ Joseph Bain_____ <br> Joseph W. Bain, Trial Counsel <br> Florida Bar No. 860360 <br> **Shutts & Bowen LLP** <br> 525 Okeechobee Blvd. Suite 1100 <br> West Palm Beach, Florida 33401 <br> jbain@shutts.com <br><br> and <br><br> H. Timothy Gillis, Trial Counsel <br> Florida Bar No. 0133876 <br> Jeffrey S. York, Trial Counsel <br> Florida Bar No. 987069 <br><br> **Shutts & Bowen LLP** <br> 1022 Park St. Ste. 308 <br> Jacksonville, Florida 32204 <br> tgillis@shutts.com <br> jyork@shutts.com <br> (904) 899-9950 <br><br> **ATTORNEYS FOR GREEN SHADES SOFTWARE, INC.** | By: */s/ Aaron Johnson*_____ <br> John B. Lunseth (Minn. #65341) <br> Aaron M. Johnson (Minn. #034641X) <br> Mira Vats-Fournier (Minn. #0399692) <br> **Briggs and Morgan**, P.A. <br> 80 South Eighth Street, Ste. 2200 <br> Minneapolis, MN 55402-2157 <br> 612-977-8400 <br> 612-977-8659 (facsimile) <br> jlunseth@briggs.com <br> ajohnson@briggs.com <br> mvats-fournier@briggs.com <br><br> Joanne M. O'Connor <br> (Fla. Bar No. 0498807) <br> JONES FOSTER JOHNSTON <br>   & STUBBS, PA <br> 505 South Flagler Drive, Suite 1100 <br> West Palm Beach, FL 33401 <br> 561-659-3000 <br> 561-650-5300 (facsimile) <br> joconnor@jonesfoster.com <br><br> **ATTORNEYS FOR PLAINTIFF AATRIX SOFTWARE, INC.** |

# EXHIBIT 1

# TABLE OF PROPOSED DATE CHANGES FOR
# THIRD AMENDED CASE MANAGEMENT AND SCHEDULING ORDER

| DEADLINE OR EVENT | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| **Court Issues Markman Order** | (none specified) | None Specified |
| **Amendment of Infringement, Non-Infringement, and Invalidity Contentions** | May 20, 2019 (or 14 days after issuance of Markman order – whichever is later) | 14 days after issuance of Markman order |
| **Disclosure of Expert Reports on Issues Where The Party Bears The Burden Of Proof** | June 3, 2019 (or 30 days after issuance of Markman order – whichever is later) | 30 days after issuance of Markman order |
| **Mediation Conference** | August 2, 2019 (or 90 days after issuance of Markman order – whichever is later | 45 days after issuance of Markman order |
| **Disclosure of Rebuttal Expert Reports** | July 3, 2019 (or 60 days after issuance of Markman order – whichever is later) | 60 days after issuance of Markman order |
| **Expert Discovery Closes** | August 2, 2019 (or 90 days after issuance of Markman order – whichever is later) | 90 days after issuance of Markman order |
| **Motions for Daubert, to Dismiss, or for Summary Judgment** | August 19, 2019 (or 120 days after issuance of Markman order – whichever is later) | 120 days after issuance of Markman order |
| **Responses to Motions for Daubert, to Dismiss, or for Summary Judgment** | -- | 141 days after issuance of Markman order (i.e. 21 days to respond) |
| **Motions in Limine** | November 15, 2019 | To be determined at status conference after Court issues Markman Order |
| **Final Pretrial Conference** | December 11, 2019 | To be determined at status conference after Court issues Markman Order |
| **Trial** | January 21, 2020 | To be determined at status conference after Court issues Markman Order |

5