**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | |
|---|---|
| Aatrix Software, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Green Shades Software, Inc. <br><br> Defendant. | Civil Action No. 3:15-cv-00164-HES-MCR |

### JOINT MOTION TO AMEND THE DEADLINES CONTAINED IN THE OPERATIVE SCHEDULING ORDER AND REQUEST FOR STATUS CONFERENCE

Plaintiff Aatrix Software, Inc. ("Aatrix") and Defendant Green Shades Software, Inc. ("Greenshades") jointly move pursuant to Rules 6(b)(1)(A) and 16(b)(4), Federal Rules of Civil Procedure, to amend the operative Case Management and Scheduling Order. On December 13, 2019, the Court issued the most recent Case Management and Scheduling Order ("Operative CMSO") (Doc. 161). The Court "slightly modif[ied]" the Expert Deadlines due to expert availability issues on February 27, 2020. (Doc. 168).

On April 7, 2020, the Honorable Timothy J. Corrigan, United States District Judge, issued a Memorandum regarding an "Update to Jacksonville Division Protocol for Proceedings During Current National Emergency related to COVID-19." The Memorandum provides that if "extensions or continuances are needed, counsel should confer with opposing counsel consistent with Local Rule 3.01(g), and file whatever extension motions are necessary. In filing such motions, prolonged explanations will not normally be necessary and

the Judges will be understanding of the situation."

The parties have completed fact discovery, the mediation conference, and the exchange of initial expert reports. The emergence of the COVID-19 virus and pandemic, however, has greatly restricted the ability for the parties, lawyers, and experts to travel and meet together to further secure the just, speedy, and inexpensive determination of this matter.

On March 16, 2020, President Trump announced nationwide social-distancing guidelines to combat the spread of the virus, which guidelines have now been extended to April 30, 2020. The State of Florida has instituted a stay-at-home order through at least April 30, and imposes quarantines on persons arriving from New York. Aatrix's attorneys and at least one expert resides in Minnesota, which has also instituted a stay-at-home order through at least May 4, 2020. At least two of Aatrix's experts reside in Massachusetts, which has instituted a stay-at-home advisory and order requiring the closure of all non-essential businesses through at least May 4, 2020. At least one of Greenshades' experts resides in New York, which is under a stay-at-home order until at least April 29, 2020. Another of Greenshades' experts resides in Washington, which is under a stay-at-home order until May 4, 2020. A third of Greenshades' experts resides in Washington, D.C., which is under a stay-at-home order until April 24, 2020. As a result of these orders, health concerns, and the restrictions on gathering and travelling, the logistical challenges for conducting expert depositions (including the need for adequate facilities, travel, and gatherings with court reporters and videographers) through May 2020 are immense. Further, the Parties have experienced difficulties in coordinating work with their experts for their rebuttal reports as a result of the closure of offices, restrictions on gathering, and the inherent challenges of all

2

individuals working remotely from home. The Parties also recognize the strain on the Courts and the judicial system caused by COVID-19, and the requirements of the Speedy Trial Act on prioritizing resolution of criminal trials over civil matters.

The parties also understand, from the last conference with the Court, that Judge Schlesinger may not be able to act as the trial judge in light of the length of the trial.  The parties would like to have the issue resolved.

Accordingly, on April 8, 2020, the parties met and conferred, as directed in Judge Corrigan's Memorandum and by Local Rule 3.01(g), and jointly seek a 14-day extension for rebuttal expert reports and a 60-day extension to the other current deadlines contained in the Court's CMSO (Doc. 161) and the Order to Modify Expert Discovery Deadlines (Doc. 168) to accommodate the major challenges presented by COVID-19. The parties further request that the Court schedule a telephonic status conference when the Court is available, likely in May, to address scheduling and other issues to bring this matter to trial.

The COVID-19 pandemic and the government-issued stay-at-home orders constitute good cause under Rules 6(b)(1)(A) and 16(b)(4) to amend and modify the deadlines contained in the operative CMSO.

Subject to Court approval, the parties have agreed on the proposed dates as set forth in the table attached as Exhibit 1, and request a case management and scheduling order adopted with these proposed modified dates.

Dated: April 8, 2020

By: _/s/Joseph W. Bain _____                    By: _/s/John B. Lunseth_ _____
Joseph W. Bain, Trial Counsel                           John B. Lunseth (Minn. #65341)

Florida Bar No. 860360
**Shutts & Bowen LLP**
525 Okeechobee Blvd. Suite 1100
West Palm Beach, Florida 33401
jbain@shutts.com

and

H. Timothy Gillis, Trial Counsel
Florida Bar No. 0133876
Jeffrey S. York, Trial Counsel
Florida Bar No. 987069

**Shutts & Bowen LLP**
1022 Park St. Ste. 308
Jacksonville, Florida 32204
tgillis@shutts.com
jyork@shutts.com
(904) 899-9950

**ATTORNEYS FOR GREEN SHADES
SOFTWARE, INC.**

Aaron M. Johnson (Minn. #034641X)
Mira Vats-Fournier (Minn. #0399692)
**Taft Stettinius & Hollister LLP**
80 South Eighth Street, Ste. 2200
Minneapolis, MN 55402-2157
612-977-8400
612-977-8659 (facsimile)
jlunseth@taftlaw.com
ajohnson@taftlaw.com
mvats-fournier@taftlaw.com

Joanne M. O'Connor
(Fla. Bar No. 0498807)
JONES FOSTER JOHNSTON
  & STUBBS, PA
505 South Flagler Drive, Suite 1100
West Palm Beach, FL 33401
561-659-3000
561-650-5300 (facsimile)
joconnor@jonesfoster.com
**ATTORNEYS FOR PLAINTIFF
AATRIX SOFTWARE, INC.**

4

**EXHIBIT 1**

**TABLE OF PROPOSED MODIFICATIONS FOR
UPCOMING DEADLINES IN OPERATIVE CMSO (DOC. 161 AND 168)**

| DEADLINE OR EVENT | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| **Disclosure of Rebuttal Expert Reports** | April 10, 2020 | April 24, 2020 |
| **Status Conference with Court** | (none) | May 2020 (at Court's earliest convenience) |
| **Expert Discovery Closes** | May 8, 2020 | July 7, 2020 |
| **Motions for Daubert, to Dismiss, or for Summary Judgment** | June 5, 2020 | August 4, 2020 |
| **Responses to Motions for *Daubert*, to Dismiss, or for Summary Judgment** | June 26, 2020 | August 25, 2020 |
| **Motions in Limine** | August 28, 2020 | October 27, 2020 |
| **Final Pre-trial Conference** | September 16, 2020 | November 16, 2020 |
| **Trial** | November 2, 2020 | TBD upon consultation with the Court at the requested Case Management Conference |