UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| Aatrix Software, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Green Shades Software, Inc. <br><br> Defendant. | Civil Action No. 3:15-cv-00164-HES-MCR |

**PLAINTIFF'S UNOPPOSED MOTION TO MODIFY THE REBUTTAL EXPERT REPORT DEADLINE CONTAINED IN THE OPERATIVE SCHEDULING ORDER**

Plaintiff Aatrix Software, Inc. ("Aatrix") moves pursuant to Rules 6(b)(1)(A) and 16(b)(4), Federal Rules of Civil Procedure, to modify the current Case Management and Scheduling Order. On April 10, 2020, the Court issued the most recent Case Management and Scheduling Order ("Operative CMSO") (Doc. 173). Defendant Green Shades Software, Inc. ("Greenshades") does not oppose the relief sought in this motion and has agreed to the requested extension.

On April 7, 2020, the Honorable Timothy J. Corrigan, United States District Judge, issued a Memorandum regarding an "Update to Jacksonville Division Protocol for Proceedings During Current National Emergency related to COVID-19." The Memorandum provides that if "extensions or continuances are needed, counsel should confer with opposing counsel consistent with Local Rule 3.01(g), and file whatever extension motions are necessary. In filing such motions, prolonged explanations will not normally be necessary and the Judges will be understanding of the situation."

On the afternoon of April 21, 2020, Aatrix's counsel informed Greenshades' counsel that one of Aatrix's rebuttal experts has fallen ill. The expert is currently in a location experiencing a spike in COVID-19 infections and he is seeking medical attention. The expert rebuttal report deadline is currently set for April 24, 2020, and the expert has requested a one-week extension for his rebuttal expert report so he can get a handle on his health situation and to recover from his illness. As a result, both Aatrix and Greenshades have agreed to a one-week extension that moves the deadline for all of the parties' rebuttal expert reports to Friday, May 1, 2020.

Accordingly, Aatrix respectfully requests that the Court approve a minor modification to one of the deadlines provided in the Operative CMSO (Doc. 173) to accommodate the expert who has fallen ill and to move the rebuttal expert report deadline from April 24, 2020 to May 1, 2020. This health-based accommodation constitutes good cause under Rules 6(b)(1)(A) and 16(b)(4) to amend the rebuttal expert report deadline and provide the minor modification to the Operative CMSO.

## CERTIFICATE OF COUNSEL

Pursuant to Local Rule 9.05(c) and 3.01(g), the undersigned attorney certifies that he has conferred via e-mail with Greenshades' counsel, who has no objection to the relief sought in this Motion.

Dated: April 22, 2020

By: */s/ John B. Lunseth*
John B. Lunseth (Minn. #65341)
Aaron M. Johnson (Minn. #034641X)
Mira Vats-Fournier (Minn. #0399692)

**Taft Stettinius & Hollister LLP**
80 South Eighth Street, Ste. 2200
Minneapolis, MN 55402-2157
612-977-8400
612-977-8659 (facsimile)
jlunseth@taftlaw.com
ajohnson@taftlaw.com
mvats-fournier@taftlaw.com

Joanne M. O'Connor
(Fla. Bar No. 0498807)
JONES FOSTER JOHNSTON
  & STUBBS, PA
505 South Flagler Drive, Suite 1100
West Palm Beach, FL 33401
561-659-3000
561-650-5300 (facsimile)
joconnor@jonesfoster.com

**ATTORNEYS FOR PLAINTIFF
AATRIX SOFTWARE, INC.**