**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

AATRIX SOFTWARE, INC,

    Plaintiff,

v.                                                                         Case No:  3:15-cv-164-J-20MCR

GREEN SHADES SOFTWARE, INC.,

    Defendant.
_____/

### NOTICE OF TELEPHONE STATUS CONFERENCE

By previous Order this case is set for Telephone Status Conference on **May 20, 2020 at 11:00 a.m.,** before the Honorable Harvey E. Schlesinger, United States District Judge, Jacksonville, Florida.

The Courtroom Deputy Clerk will email the call-in information to counsel of record using the email addresses listed on the Court's docket for this case. Information on how others can observe the proceeding can be found on the Court's website, https://www.flmd.uscourts.gov/coronavirus-and-email-filing-information.

**The quality of the audio connection is compromised by the use of cell phones, a landline connection provides the best connection. To reduce background audio interference, the parties should not use the speaker function during the call.  Further, parties must put their phones on mute when not speaking.  Additionally, each party must identify themselves when speaking so the court reporter can accurately report the proceedings.**

Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings.  Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanction deemed necessary by the Court.

Dated: May 12, 2020                                            **HARVEY E. SCHLESINGER**
                                                                   United States District Judge

By:     s/ *M. Grant*
Deputy Clerk
(904) 549-1968

Copies to:

Aaron Johnson, Esq.
Joanne M. O'Connor, Esq.
John B. Lunseth, Esq.
Mira Vats-Fournier, Esq.
Ethan Andrew Way, Esq.
Harold Timothy Gillis, Esq.
Jeffrey S. York, Esq.
Nancy A. Johnson, Esq.