**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| **AATRIX SOFTWARE, INC** | **CASE NO. 3:15-cv-164-J-20MCR** |
| **v.** | |
| **GREEN SHADES SOFTWARE, INC.** | |

| Counsel for Plaintiff: | Counsel for Defendant: |
|---|---|
| Aaron Johnson, Esq. | Joseph Bain, Esq. |
| Joanne M. O'Connor, Esq. | Harold Gillis, Esq. |
| John B. Lunseth, Esq. | Jeffrey S. York, Esq. |
| Mira Vats-Fournier, Esq. | |

**HONORABLE HARVEY E. SCHLESINGER**
**UNITED STATES DISTRICT JUDGE**

**Courtroom Deputy: Marsha Grant**     **Court Reporter: Shelli Kozachenko**

## CLERK'S MINUTES

**PROCEEDINGS OF HEARING:**   Telephone Status Conference

Initial matters before the Court.

Discussion regarding status of the case and scheduling.

Case Management deadlines:

Expert Discovery due **September 14, 2020**
Motions for Daubert, to Dismiss, or for Summary Judgment due **October 19, 2020**
Responses to Motions for Daubert, to Dismiss, or for Summary Judgment due **November 16, 2020**
Motions in Limine due **January 4, 2020**
Final Pretrial Conference set for **February 17, 2020 at 9:00 a.m.**
Jury Trial set for trial term commencing **March 1, 2020 at 9:30 a.m.**

Date: May 20, 2020     Time: 10:58 a.m. – 11:27 a.m.     Total: 29 minutes