UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

AATRIX SOFTWARE INC.,

    Plaintiff,

v.   Case No. 3:15-cv-00164-J-20MCR

GREEN SHADES SOFTWARE, INC.,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court following a telephonic status conference. Due to the restrictions and limitations outlined during the conference, the remaining case deadlines are due to be further modified. Should additional changes need to be made, the parties should notify the Court at their earliest convenience.

Accordingly, it is hereby **ORDERED**:

| Deadline or event | Date |
|---|---|
| Expert Discovery Closes | September 14, 2020 |
| Motions for Daubert, to Dismiss, or for Summary Judgment | October 19, 2020 |
| Responses to Motions for Daubert, to Dismiss, or for Summary Judgment | November 16, 2020 |
| Motions in Limine | January 4, 2021 |
| Final Pre-trial Conference | February 17, 2021 at 9 a.m. |
| Trial | March 1, 2021 at 9:30 a.m. |

**DONE AND ENTERED** at Jacksonville, Florida, this 27 day of May, 2020.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Aaron Johnson, Esq.

Joanne M. O'Connor, Esq.
John B. Lunseth, Esq.
Mira Vats-Fournier, Esq.
Joseph W. Bain, Esq.
H. Timothy Gillis, Esq.
Jeffrey S. York, Esq.
Nancy A. Johnson, Esq.
Ethan A. Way, Esq.