**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| **AATRIX SOFTWARE, INC** | **CASE NO. 3:15-cv-164-J-20MCR** |
| **v.** | |
| **GREEN SHADES SOFTWARE, INC.** | |

<u>**Counsel for Plaintiff:**</u>    <u>**Counsel for Defendant:**</u>

Aaron Johnson, Esq.            Joseph Bain, Esq.
Joanne M. O'Connor, Esq.       Jeffrey S. York, Esq.
John B. Lunseth, Esq.
Mira Vats-Fournier, Esq.

**HONORABLE HARVEY E. SCHLESINGER**
**UNITED STATES DISTRICT JUDGE**

**Courtroom Deputy: Marsha Grant**        **Court Reporter: Shelli Kozachenko**

## <u>CLERK'S MINUTES</u>

**PROCEEDINGS OF HEARING:**  Telephone Status Conference

Initial matters before the Court.

Discussion regarding status of the case and scheduling.

Case Management deadlines:

Expert Discovery due **Noon, November 25, 2020**
Motions for Daubert, to Dismiss, or for Summary Judgment due **Noon, December 30, 2020**
Responses to Motions for Daubert, to Dismiss, or for Summary Judgment due **January 13, 2021**
Motions in Limine due **February 24, 2021**
Final Pretrial Conference set for **Wednesday, April 28, 2021 at 1:30 p.m.**
Jury Trial set for trial term commencing **Monday, June 7, 2021 at 9:30 a.m.**

Order to enter.

Date: September 9, 2020        Time: 9:59 a.m. – 10:40 a.m.        Total: 41 minutes