Exs. A-L

PLACEHOLDER

FILED UNDER SEAL