UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| Aatrix Software, Inc.<br><br>Plaintiff,<br><br>v.<br><br>Green Shades Software, Inc.<br><br>Defendant. | **FILED UNDER SEAL**<br><br>Court File No. 3:15-CV-164-HES-MCR |

# DECLARATION OF
# DONALD A. GOROWSKY, CPA, CMA, CFF, JD
# NOVEMBER 20, 2020

# FILED UNDER SEAL

1

I, Donald A. Gorowsky, declare as follows:

## I. Introduction and Qualifications

1. I am over eighteen years of age and have personal knowledge of the facts stated in this declaration. If called upon to do so, I would testify as to the matters set forth herein.

2. On behalf of Plaintiff Aatrix Software, Inc. ("Aatrix"), I issued an Expert Report on Damages in this case on March 6, 2020 and subsequently provided deposition testimony on November 5, 2020. I also attended the November 11th and November 12th video depositions of Michele Riley, Defendant Green Shades Software, Inc.'s ("GreenShades") damages expert. Publications that I have authored are listed on my curriculum vitae, attached as **Appendix A**.

3. I have been asked by Counsel for Aatrix to evaluate evidence produced by GreenShades and relied upon by GreenShades' damages expert, Michele Riley.

4. I am a co-founder, shareholder and President of Financial Advisors LLC in Minneapolis, Minnesota. Before founding Financial Advisors LLC, I was the Managing Director of Coopers & Lybrand L.L.P.'s (now PricewaterhouseCoopers) Litigation Services practice in Minneapolis, Minnesota.

5. I am a Certified Public Accountant (CPA) licensed in the state of Minnesota, a Certified Management Accountant (CMA) and Certified in Financial Forensics (CFF). I also have a Juris Doctor degree licensed to practice law in the state of Minnesota, although I am not acting as an attorney in this matter. I have more than 40 years of experience in accounting, general management and financial consulting. I have held the position of corporate controller in the high technology manufacturing industry.

6. I graduated *magna cum laude* from the University of North Dakota in 1979 with a Bachelors of Science and Business Administration (B.S.B.A.) and a major in accounting. I attended law school at William Mitchell College of Law (now known as Mitchell Hamline) and graduated *cum laude* in 1990.  I am a member of the American Institute of Certified Public Accountants (AICPA), the Minnesota Society of Certified Public Accountants (MNCPA), the Institute of Management Accountants (IMA), the Minnesota State Bar Association (MSBA), the Federal Bar Association (FBA), the American Intellectual Property Law Association (AIPLA), and the Licensing Executives Society (LES).

7. I have been engaged to provide consulting and expert assistance on behalf of both plaintiffs and defendants in numerous arbitration and litigation matters, most often in commercial disputes involving damage claim assessment and other economic analysis.

8. During the past 30 years, I have been qualified as an expert on accounting, financial and/or damages subjects and have delivered expert testimony in more than 80 trials and hearings, including 29 trials and hearings in Federal Court, which includes 7 patent trials.

II. 

---

[1] Deposition Transcript of Amalea Van Kampen, dated April 22, 2019, p. 22.  Mr. James Lyvers, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓  See Deposition Transcript of James Lyvers, dated April 29, 2019, p. 6.
[2] Deposition Transcript of James Lyvers, dated April 29, 2019, p. 6.

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

████████████████████████████████████████████████████[5]

10. █████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

█████[6] █████████████████████████████████████████████████

████████████████████████████████████████████████████████[7]

11. Ms. Van Kampen testified that the ████████████████████████

███████████████████████████[8] ██████████████████████████

████████████████████████████████████████████████████████

███████████████████████████████████████[9] ████████████████

████████████████████████████████████████████████████████

██████████████████████████[10]

12. ████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

███████████[11] █████████████████████████████████████████

---

[3] Deposition Transcript of Amalea Van Kampen, dated April 22, 2019, p. 159.  Also see 30(b)(6) Deposition Transcript of Matthew Kane, dated April 24, 2019, p. 27.
[4] 30(b)(6) Deposition Transcript of Matthew Kane, dated April 24, 2019, pp. 28-29.
[5] 30(b)(6) Deposition Transcript of Matthew Kane, dated April 24, 2019, p. 29.
[6] Deposition Transcript of Amalea Van Kampen, dated April 22, 2019, p. 159.
[7] Deposition Transcript of James Lyvers, dated April 29, 2019, pp. 49-51.
[8] Deposition Transcript of Amalea Van Kampen, dated April 22, 2019, p. 160.
[9] 30(b)(6) Deposition Transcript of Matthew Kane, dated April 24, 2019, p. 13.
[10] 30(b)(6) Deposition Transcript of Matthew Kane, dated April 24, 2019, p. 14.
[11] ███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████

13. For these reasons, ████████████████████████ ████████████

████████████ queried and analyzed to determine ████████████████

because: 1) ████████████████████████████████████████████

████████████████████████████████████████████████████████

2) because ████████████████████████████████████████

████████████████████████

## III. GreenShades did not produce ████████████████████████ ████████████████████████████ until Michelle Riley's May 1, 2020 Expert Rebuttal Report on Damages.

14. GreenShades produced a document bates labeled ████████████

████████████ ████████████████████████████████

████████████████████████████ Therefore, ████████████ was not

available to me at the time I issued my March 6, 2020 Expert Report on Damages. ██

████████████████████████████████████████████████████████

████████████████████████████████████████████████

15. As discussed below, ████████████████ ████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████

---

[12] e.g., see Deposition Transcript of Michele Riley, dated November 11, 2020, pp. 157-158.

16. In addition, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

17. Based on my review and analysis of the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮.

18. If the ▮▮▮▮▮▮▮▮▮ data contained in ▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮[13] ▮

**IV.   The ▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮**
**▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ for Ms. Riley's use in her May 1, 2020 Expert Rebuttal Report on Damages.**

19. It is abundantly clear that ▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

---

[13] e.g., see Deposition Transcript of Michele Riley, dated November 11, 2020, pp. 153-154.

20. <u>First</u>, ███████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

█████████████████████████████████[14]

21. <u>Second</u>, i█████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

████████████████████[15] ████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

22. In the entire ████████████ █████████████

█████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

---

[14] Also see Deposition Transcript of Michele Riley, dated November 11, 2020, pp. 160-161.

[15] ███████████████████████████████████████████████████ See Deposition Transcript of Michele Riley, dated November 11, 2020, p. 165.

23. <u>Third</u>, ████

24. <u>Fourth</u>, ████

---

16 ████
18 ████
19 ████
20 ████

██████████████████████████████████

██████████████████████████████████

██████████████████████████████████

████████████████

25. <u>Fifth</u>, ████████████████████████████████

████████████████████████  ████████████████

████████████████████████████████████

██████████████████[23]

26. In summary, without having the ability to review and examine the complete population of

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████

**V.   Ms. Riley relies** ████████████████████████

████████████████████████████████████

████████████████[24]

---

[21] Deposition Transcript of Michele Riley, dated November 11, 2020, pp. 170-171.
[22] Deposition Transcript of Michele Riley, dated November 11, 2020, p. 167.
[23] Deposition Transcript of Michele Riley, dated November 11, 2020, p. 174.
[24] ████████████████████████████████████
████████████████████████████████████
████████████████

27. ███████████████████████████████████████████
███████████████████████████████████
████████

28. First, ███████████████████████████████████

███████████████████████████████

███████████████████████████████

███████████████████████████████

███████████████████████████

29. Second, ██████████████████████████

███████████████████████████████

████████████████████████ ████████████

███████████████████████████

███████████████████████████

███████████████████████████████

30. Third, ███████████████████████████████

███████████████████████████████

██████████████████████████

██████████████████████████

███████████████████████████████

████████████████████████████

████████[25]

---

[25] Also see Deposition Transcript of Michele Riley, dated November 11, 2020, pp. 153-154.

31. ███

32. ███

VI. ███

33. ███

34. ███

---

[26] e.g., see Deposition Transcript of Michele Riley, dated November 12, 2020, pp. 197, 200, 204-205.
[27] Deposition Transcript of Michele Riley, dated November 11, 2020, p. 184; Deposition Transcript of Michele Riley, dated November 12, 2020, pp. 211-212.
[28] Deposition Transcript of Michele Riley, dated November 12, 2020, pp. 209-210.

11

a. ███████████████████████████████████

███████████████████████████[29]

███████████████████████████████████

███████████████████████████████████

█████████████████████████████████"[30]

c. ███████████████████████████████████

███████████████████████████████████

███████████████████████████████████

███████████████████████████████████

███████████████████████████████████

███████████████████████████████████

███████████████████████████████████

███████████████████████████████████

███████████████

35. ███████████████████████████████████

███████████████████████████████████

---

[29] Deposition Transcript of Michele Riley, dated November 12, 2020, p. 197.  (Emphasis added.)
[30] Deposition Transcript of Michele Riley, dated November 12, 2020, pp. 205-207.  (Emphasis added.)
[31] Deposition Transcript of Michele Riley, dated November 12, 2020, pp. 207-208.  (Emphasis added.)
[32] Deposition Transcript of Michele Riley, dated November 12, 2020, pp. 209-210.  (Emphasis added.)
[33] Deposition Transcript of Michele Riley, dated November 12, 2020, pp. 211-212.  (Emphasis added.)



37.

---

[34] Deposition Transcript of Michele Riley, dated November 11, 2020, p. 170; Deposition Transcript of Michele Riley, dated November 12, 2020, pp. 200-201, 204.
[35] Deposition Transcript of Michele Riley, dated November 11, 2020, pp. 162-163, 176; Deposition Transcript of Michele Riley, dated November 12, 2020, pp. 200, 204.

38.



39.

I declare under criminal penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: November 20, 2020

By: _____
Donald A. Gorowsky, CPA, CMA, CFF, JD
Financial Advisors LLC

15

**APPENDIX A**

# DONALD A. GOROWSKY, CPA, CMA, CFF, JD

Don Gorowsky is a founding shareholder and President of Financial Advisors LLC. Don has more than 40 years of combined experience in audit, accounting, finance, general management, financial consulting, and expert witness work. As a financial expert on damages, Don provides assistance to attorneys in a variety of litigation matters and disputes involving many types of claims including intellectual property infringement, breach of contracts, insurance claims, and employment matters.

**EXPERIENCE**
Peat Marwick Mitchell & Co., Minneapolis, MN, September 1979 - January 1982
NCR Comten, Inc., St. Paul, MN, January 1982 - April 1990
Coopers & Lybrand LLP, Minneapolis, MN, May 1990 - August 1997
Financial Advisors LLC, Minneapolis, MN, August 1997 to Present

**EDUCATION**
University of North Dakota, B.S.B.A., major in Accounting, May 1979 (*magna cum laude*)
William Mitchell College of Law (n/k/a Mitchell Hamline), juris doctor, June 1990 (*cum laude*)

**MEMBERSHIPS**
American Institute of Certified Public Accountants (AICPA)
Minnesota Society of Certified Public Accountants (MNCPA)
Institute of Management Accountants (IMA)
Minnesota State Bar Association (MSBA)
Federal Bar Association (FBA)
American Intellectual Property Law Association (AIPLA)
Licensing Executives Society (LES)
William Mitchell College of Law, Alumni Board, 1994 - 1997
Lino Lakes Economic Development Advisory Committee, 1992 – 2004
Hobey Baker Memorial Award, Chairman, 1999 – 2000
Hobey Baker Foundation, President, 2002 – 2004
Mitchell Hamline School of Law, Law & Business Advisory Board, 2016

**PUBLICATIONS**
Primary author of <u>Damages for Theft of Trade Secrets</u>, MSBA CLE, May 2003.
Primary author of <u>Damages in IP Litigation</u>, MSBA CLE, November 1999 and June 2001.

**PRESENTATIONS**
Presenter at PLI Patent Litigation Conference in Chicago – Dealing with Experts, October 2014.
Moderator at FBA Luncheon Seminar – Use of Expert Witnesses, October 2009.
Presenter at FBA CLE Program – MN Chapter, TM Infringement Damages, February 2006.
Presenter at MN CLE Program – Securities Arbitrations, May 2003.
Presenter at MN CLE Program – Trade Secrets, May 2003.
Guest Lecturer at the University of MN Law School, IP Law, 2001, 2004, 2005 and 2009.
Presenter at MN CLE Program – Introduction to IP Litigation, November 1999 & June 2001.

**INTERESTS**
Instrument Rated Private Pilot, Single Engine – Land & Sea

Case 3:15-cv-00164-HES-MCR   Document 196   Filed 11/21/20   Page 17 of 18 PageID 6452

*Aatrix Software, Inc. v. Green Shades Software, Inc.*
**Declaration of Donald A. Gorowsky, CPA, CMA, CFF, JD**
**November 20, 2020**

**Exhibit 1**

**\*\* CONFIDENTIAL – Attorneys' Eyes Only \*\***

*Aatrix Software, Inc. v. Green Shades Software, Inc.*
**Declaration of Donald A. Gorowsky, CPA, CMA, CFF, JD**
**November 20, 2020**

Exhibit 2



** CONFIDENTIAL – Attorneys' Eyes Only **