**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| Aatrix Software, Inc. | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:15-cv-00164-HES-MCR |
| Green Shades Software, Inc., | ) |
| Defendant. | ) |

**LOCAL RULE 3.01(g) CERTIFICATION**

Aatrix's counsel requested to meet and confer in its correspondence of October 10, 2020 (Dkt. 195-B) and its correspondence of November 18, 2020 (attached hereto as Ex. 1) with counsel for Greenshades regarding Aatrix's Motion to Compel Access to Production of Underlying Data and Information Relied Upon by Defendant's Expert Michele Riley. Greenshades' counsel refused to provide access to the requested data and information and to reopen Mr. Kane's deposition.

Dated: November 21, 2020

By: /*s/ John B. Lunseth*
John B. Lunseth (Minn. #65341)
Aaron M. Johnson (Minn. #034641X)
Mira Vats-Fournier (Minn. #0399692)
TAFT STETTINIUS & HOLLISTER LLP
80 South Eighth Street, Ste. 2200
Minneapolis, MN 55402-2157
612-977-8400; 612-977-8659 (facsimile)
jlunseth@taftlaw.com
ajohnson@taftlaw.com
mvats-fournier@taftlaw.com

Joanne M. O'Connor
(Fla. Bar No. 0498807)

JONES FOSTER JOHNSTON
  & STUBBS, PA
505 South Flagler Drive, Suite 1100
West Palm Beach, FL 33401
561-659-3000
561-650-5300 (facsimile)
joconnor@jonesfoster.com

**ATTORNEYS FOR PLAINTIFF
AATRIX SOFTWARE, INC.**