# Vats-Fournier, Mira

| | |
|---|---|
| **From:** | Vats-Fournier, Mira |
| **Sent:** | Wednesday, November 18, 2020 10:47 PM |
| **To:** | Jeffrey S. York; Joseph W. Bain; Ginger C. Rogers |
| **Cc:** | Lunseth, John; Johnson, Aaron; Vats-Fournier, Mira |
| **Subject:** | Aatrix v. Green Shades |
| **Attachments:** | Rosenblatt-000001 - Rosenblatt-000092.pdf |

Counsel,

Attached and produced pursuant to your subpoena to Mr. William Rosenblatt, please find documents Bates-labeled Rosenblatt-000001 – Rosenblatt-000092.

Please advise if you are available to meet with us, either immediately before or immediately after the deposition of Mr. Rosenblatt on Thursday, November 19th, regarding your correspondence of November 11, 2020.

Best,


Mira




**Mira Vats-Fournier,** Associate
Intellectual Property/Patent
Direct: 612.977.8075 | Office Ext: 28075
Taft Office: Minneapolis