**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

Aatrix Software, Inc.,

    Plaintiff,

v.                                      Case No. 3:15-cv-00164-HES-MCR

Green Shades Software, Inc.,

    Defendant.

_____/

**DEFENDANT GREEN SHADES SOFTWARE, INC.'S**
**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE**
**ITS RESPONSE TO PLAINTIFF'S MOTION TO COMPEL ACCESS**
**AND PRODUCTION OF UNDERLYING DATA AND INFORMATION**
**<u>RELIED UPON BY DEFENDANT'S EXPERT MICHELE RILEY (DOC. 195)</u>**

Defendant Green Shades Software, Inc. ("Defendant"), hereby files this Unopposed Motion for Enlargement of Time to File its Response to Plaintiff's Motion to Compel Access and Production of Underlying Data and Information Relied Upon by Defendant's Expert Michele Riley (Doc. 195) (the "Motion") and states as follows:

    1.    On November 21, 2020, Plaintiff, Aatrix Software, Inc. ("Plaintiff") filed the redacted Motion, which was marked "**HIGHLY CONFIDENTIAL FILED UNDER SEAL.**" Subsequently, Plaintiff provided Defendant with courtesy copies of the unredacted version of the Motion and Exhibits thereto.

    2.    On November 25, 2020, Plaintiff filed its Unopposed Motion to File Under Seal Pursuant to Protective Order (Doc. 198) (the "Motion to Seal").

3. On December 1, 2020, an Order (Doc. 199) was entered granting the Motion to Seal. Pursuant to the Order, documents (i.e., the unredacted Motion and exhibits) were filed under seal with the Clerk of Court on December 3, 2020.

4. During the course of these filings, Defendant's counsel conferred with Plaintiff's counsel regarding the due date for Defendant's response to the Motion and counsel initially agreed that Defendant's response would be filed on or before December 8, 2020.

5. Defendant seeks a brief extension of time of three (3) days to file its response to the Motion so that Defendant's response will be due on or before December 11, 2020. Plaintiff does not oppose the relief sought herein and has authorized the undersigned to so represent.

WHEREFORE, Defendant, Green Shades Software, Inc., requests that this Court enter an order providing that Defendant shall have until December 11, 2020 to file its response to Plaintiff's Motion to Compel Access and Production of Underlying Data and Information Relied Upon by Defendant's Expert Michele Riley (Doc. 195).

Dated: December 8, 2020
　　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Jeffrey S. York*
　　　　　　　　　　　　　　　　　　　　　　　　　H. Timothy Gillis
　　　　　　　　　　　　　　　　　　　　　　　　　Trial Counsel
　　　　　　　　　　　　　　　　　　　　　　　　　Florida Bar No. 133876
　　　　　　　　　　　　　　　　　　　　　　　　　Jeffrey S. York
　　　　　　　　　　　　　　　　　　　　　　　　　Trial Counsel
　　　　　　　　　　　　　　　　　　　　　　　　　Florida Bar No. 0987089
　　　　　　　　　　　　　　　　　　　　　　　　　Shutts & Bowen LLP
　　　　　　　　　　　　　　　　　　　　　　　　　1022 Park Street, Suite 308
　　　　　　　　　　　　　　　　　　　　　　　　　Jacksonville, Florida 32204
　　　　　　　　　　　　　　　　　　　　　　　　　Phone: (904) 899-9926
　　　　　　　　　　　　　　　　　　　　　　　　　Fax: (904) 899-9965
　　　　　　　　　　　　　　　　　　　　　　　　　tgillis@shutts.com
　　　　　　　　　　　　　　　　　　　　　　　　　jyork@shutts.com

-and-

Joseph W. Bain
Trial Counsel
Florida Bar No. 860360
Shutts & Bowen LLP
525 Okeechobee Blvd.
West Palm Beach, FL 33401
jbain@shutts.com

*Attorneys for Defendant*
*Green Shades, Software, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on December 8, 2020 I electronically filed the foregoing with the Clerk of Court pursuant to the Administrative Procedures for Electronic Filing in Civil and Criminal Cases of this Court by using the CM/ECF System, which will send a notice of electronic filing to all counsel of record.

/s/ Jeffrey S. York
Attorney

SBDOCS 124415 1