## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| Aatrix Software, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Green Shades Software, Inc. <br><br> Defendant. | Civil Action No. 3:15-cv-00164-HES-MCR |

## JOINT MOTION REGARDING SUMMARY JUDGMENT BRIEFING PAGE LIMITS AND REPLY BRIEFS

Plaintiff Aatrix Software, Inc. ("Aatrix") and Defendant Green Shades Software, Inc. ("Greenshades"), by and through their counsel, request that the Court grant the parties leave to exceed the page limits for dispositive motions that are currently provided in the Local Rules, and expressly address the topic of Summary Judgment reply briefs raised in the revisions to the Local Rules that go into effect on January 1, 2021. As their grounds, the parties state as follows:

1.  The Court set December 30, 2020 as the deadline for dispositive and *Daubert* motions. Doc. 189 at ¶2. The Court also stated that "should the parties need additional modifications or face unforeseen challenges, they may bring it to the attention of the Court." *Id.* at ¶3.

2.  On October 16, 2020, the Court ordered that any responses to Dispositive or *Daubert* Motions shall be filed on or before January 20, 2021. Doc. 194.

3.  The currently-operative Local Rules provide that the page limit for a motion

for summary judgment is twenty-five pages. L.R. 3.01(a). Local Rule 3.01(d) contemplates leave of Court for filings in excess of 25 pages and for filing reply memoranda.

4. The revised Local Rules, which go into effect on January 1, 2021, provides that "without leave, no party may file a reply . . . except a response to a motion for summary judgment," that "[a] party may reply to a response to a motion for summary judgment within fourteen days after service of the response," and that "the reply must not exceed seven pages." Revised Local Rule 3.01(d).

5. As the upcoming deadline for dispositive motions is December 30, and reply briefs to dispositive motions are expressly addressed in revised Local Rule 3.01(d), the parties respectfully request that the Court grant the parties leave to exceed the default page limits provided in the current Local Rules regarding the filing of dispositive motions and responsive memoranda as follows:

(a) Each side may file a single, omnibus Summary Judgment motion, limited to no more than 50 pages, on December 30, 2020, which shall contain all the party's Summary Judgment requests;[1]

(b) Each side may file a single response to the other side's omnibus dispositive motion limited to no more than 40 pages on January 20, 2021; and

(c) Each side may file a single reply brief limited to no more than 14 pages in support of the single, omnibus dispositive motion on February 3, 2021.

---

[1] A similar order was entered in *Entrust Datacard Corp. v. Zeiser GMBH*, Case No. 3:17-cv-110-J-39MCR, Doc. 278 at 3 (M.D. Fla., June 13, 2019) (J. Davis) (permitting each side to file a single, 50-page, omnibus summary judgment motion and a single, 40-page responsive brief in a complex patent case with multiple dispositive issues raised for summary judgment).

6. The parties propose the additional page limits will facilitate and assist the Court in understanding the inherent complexities unique to this patent litigation and the underlying computer technology. Further, the parties expect that a number of substantive claims and defenses at issue in this action are amenable to resolution at the dispositive motion stage, such that the additional pages are necessary to sufficiently address all of these issues and facilitate a fully-informed Court. The relief requested will also provide a simplification and streamlining of the issues that will require resolution at trial. The judicial efficiency afforded by resolution of disputed issues at the dispositive motion stage will further the just, speedy, and inexpensive determination mandated by Fed. R. Civ. P. 1.

Accordingly, the parties jointly request that the Court grant the parties leave to file a single dispositive motion, responsive briefs, and reply briefs in accordance with the page limits described above.

Dated: December 14, 2020

By: */s/ Jeffrey S. York*
Joseph W. Bain, Trial Counsel
Florida Bar No. 860360
**Shutts & Bowen LLP**
525 Okeechobee Blvd. Suite 1100
West Palm Beach, Florida 33401
jbain@shutts.com

and

H. Timothy Gillis, Trial Counsel
Florida Bar No. 0133876
Jeffrey S. York, Trial Counsel
Florida Bar No. 987069

By: */s/ John B. Lunseth*
John B. Lunseth (Minn. #65341)
Aaron M. Johnson (Minn. #034641X)
Mira Vats-Fournier (Minn. #0399692)
**Taft Stettinius & Hollister LLP**
80 South Eighth Street, Ste. 2200
Minneapolis, MN 55402-2157
612-977-8400
612-977-8659 (facsimile)
jlunseth@taftlaw.com
ajohnson@taftlaw.com
mvats-fournier@taftlaw.com

and

| | |
|---|---|
| **Shutts & Bowen LLP**<br>1022 Park St. Ste. 308<br>Jacksonville, Florida 32204<br>tgillis@shutts.com<br>jyork@shutts.com<br>(904) 899-9950<br><br>**ATTORNEYS FOR GREEN SHADES SOFTWARE, INC.** | Joanne M. O'Connor<br>(Fla. Bar No. 0498807)<br>**JONES FOSTER PA**<br>505 South Flagler Drive, Suite 1100<br>West Palm Beach, FL 33401<br>561-659-3000<br>561-650-5300 (facsimile)<br>joconnor@jonesfoster.com<br>**ATTORNEYS FOR PLAINTIFF AATRIX SOFTWARE, INC.** |