UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

AATRIX SOFTWARE, INC.,

    **Plaintiff,**

**v.**                                                                 **Case No. 3:15-cv-164-J-20MCR**

GREEN SHADES SOFTWARE, INC.,

    **Defendant.**

_____/

## O R D E R

    **THIS CAUSE** is before the Court on the parties' "Joint Motion Regarding Summary Judgment Briefing Page Limits and Reply Briefs" (Dkt. 206). In an effort to streamline upcoming proceedings and in order to aid the Court in its consideration of the issues, the parties request additional pages and to file reply briefs.

    Accordingly, it is **ORDERED**:

1.  The parties' Joint Motion (Dkt. 206) is **GRANTED**;

2.  The parties may file one motion for summary judgment each **which shall not exceed fifty (50) substantive pages on December 30, 2020**; any responses to the motion(s) for summary judgment are **due on January 20, 2021 and shall not exceed forty (40) substantive pages**;

3.  The parties' request to file reply briefs of no more than **fourteen (14) pages is GRANTED.**

    **DONE AND ENTERED** at Jacksonville, Florida, this _16th_ day of December, 2020.

                                       HARVEY E. SCHLESINGER
                                       UNITED STATES DISTRICT JUDGE

Copies to:
Aaron Johnson, Esq.
Joanne M. O'Connor, Esq.
John B. Lunseth, Esq.

Mira Vats-Fournier, Esq.
Ethan A. Way, Esq.
Harold Timothy Gillis, Esq.
Jeffrey S. York, Esq.
Nancy A. Johnson, Esq.
Joseph W. Bain, Esq.