# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| Aatrix Software, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Green Shades Software, Inc. <br><br> Defendant. | Civil Action No. 3:15-cv-00164-HES-MCR <br><br> **FOURTH DECLARATION OF JOHN B. LUNSETH II REGARDING CONSOLIDATED EXHIBITS RELATED TO AATRIX'S MOTIONS FOR SUMMARY JUDGMENT, DAUBERT, CLAIM CONSTRUCTION, AND MOTIONS *IN LIMINE*** |

I, John B. Lunseth II, Trial Counsel for the Plaintiff Aatrix Software, Inc. ("Aatrix") in the above-entitled matter, am personally familiar with the files, records, and proceedings herein, and hereby declare:

1. Attached hereto as Exhibit 52 is a true and correct copy of Defendant's Supplemental Objections and Responses to Plaintiff's First Set of Interrogatories, dated 15 January 2016.

2. Attached hereto as Exhibit 53 is a true and correct copy of Defendant Greenshades Software Inc.'s Preliminary Noninfringement and Invalidity Contentions, dated 15 October 2018.

I make the foregoing declaration under penalty of perjury.

Dated:  February 24, 2021                           */s/ John B. Lunseth II*

1