UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

AATRIX SOFTWARE, INC.,

    Plaintiff,

v.                                                                  No: 3:15-cv-164-HES-MCR

GREEN SHADES
SOFTWARE, INC.

    Defendant.
_____/

## ORDER

    **THIS CAUSE** is before the Court on Defendant Green Shades Software, Inc. ("Green Shades") Dispositive Motion for Summary Judgment (Dkt. 222, S-229), Aatrix Software, Inc.'s ("Aatrix") Response to Defendant's Omnibus Motion for Summary Judgment (Dkt. 238, S-255), and Green Shades Reply in Support of Dispositive Motion for Summary Judgment (Dkt. 264).

    Upon thorough review, the Court finds genuine disputes of material fact preclude the entry of summary judgment in favor of Green Shades. Accordingly, it is hereby **ORDERED**:

    "Defendant Greenshades Software Inc.'s Motion for Summary Judgment" (Dkts. S-229, 222) is **DENIED**.

- 2 -

DONE and ORDERED at Jacksonville, Florida, this 16th day of July, 2021.

_____
HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

**Copies to:**
Aaron Johnson, Esq.
Joanne M. O'Connor, Esq.
John B. Lunseth, Esq.
Mira Vats-Fournier, Esq.
Joseph A. Bain, Esq.
H. Timothy Gillis, Esq.
Jeffrey S. York, Esq.
Nancy A. Johnson, Esq.
Ethan A. Way, Esq.
Woodrow H. Pollack, Esq.