UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED IN OPEN COURT
2-27-23
CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

Aatrix Software, Inc.,

    Plaintiff,

v.

    Case No. 3:15-cv-00164-MMH-MCR

Green Shades Software, Inc.,

    Defendant.

## JOINT TRIAL EXHIBIT LIST

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| JX-001 | 2-10-23 | 2-10-23 | | Certified Copy of Plaintiff Aatrix's US Patent No. 7,171,615 ("'615 Patent") January 30, 2007 |
| JX-002 | 2-10-23 | 2-10-23 | | Certified Copy of Plaintiff's Aatrix's US Patent No. 8,984,393 ("'393 Patent") March 17, 2015 |
| JX-003 | 2-10-23 | 2-10-23 | | Aatrix Ultimate Payroll User Guide v9.9 12/31/1999 AATRIX-00676516 – 00676961 (Dep. Ex. D04) |
| JX-004 | 2-10-23 | 2-10-23 | | Aatrix Mac P&L User Guide v9.9 12/01/1999 AATRIX-00676962 – 00677333 (Dep. Ex. D03) |

## JOINT TRIAL EXHIBIT LIST - CONTINUED

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| JX-005 | 2-10-23 | 2-10-23 | | Aatrix Ultimate Payroll User Manual v10.1 December 31, 2001 AATRIX-00677774 – 00678222 (Dep. Ex. D05) |
| JX-006 | 2-10-23 | 2-10-23 | | Aatrix Ultimate Payroll User Manual v10.1 December 31, 2001 AATRIX-00677774 – 00678222 (Dep. Ex. D05) |
| JX-007 | 2-10-23 | 2-10-23 | | The Greenshades Center 03/02/2007 GREENSHADES 0000629 – 0000630 |
| JX-008 | 2-10-23 | 2-10-23 | | Greenshades SSAE16 Type I Report 11/30/2014 GREENSHADES 0175493 – 0175511 |
| JX-009 | 2-10-23 | 2-10-23 | | The Greenshades Center 941 E-File Creation Guide GREENSHADES 0445500 – 044519 |
| JX-010 | 2-10-23 | 2-10-23 Withdrawn on 2-13-23 | | Software Products Survey Program for Greenshades Parker Associates 02/09/2017 GREENSHADES - 0488192 – 0488316 (Dep. Ex. MR0007) Withdrawn |

JOINT TRIAL EXHIBIT LIST - CONTINUED

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| JX-011 | 2-10-23 | 2-10-23 | | Email, Rosas to Kane re Aatrix 06/06/2006 GREENSHADES-0808140 (Dep. Ex. P63) |
| JX-012 | 2-10-23 | 2-10-23 | | Aatrix Top Pay (v10) Installation-Conversion Guide GREENSHADES-1087134 - 1087155 (Dep. Ex. LL0029) |
| JX-013 | 2-10-23 | 2-10-23 | | Video Admiral_Interviews_Microsoft_Dynamics_ISV_Greenshades_Convergence_2014.flv (Dep. Ex. P25, 2 of 3) |
| JX-014 | 2-10-23 | 2-10-23 | | Video Greenshades_Center_Federal_W2_and_940_941_Modules_Demonstration-3.flv (Dep. Ex. P25, 3 of 3) |
| JX-015 | 2-10-23 | 2-10-23 | | IRS History Timeline March 2019 (Dep. Ex. MR0004) |

## JOINT TRIAL EXHIBIT LIST - CONTINUED

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| JX-016 | 2-10-23 | 2-10-23 | | IRS Modernized e-File (MeF) Overview www.irs.gov/e-file-providers/modernized-e-file-overview April 6, 2021 (Dep. Ex. MR0005) |
| JX-017 | 2-10-23 | 2-10-23 | | Greenshades and Microsoft https://www.youtube.com/watch?v=o2eepbMQ_7w |
| JX-018 | 2-10-23 | 2-10-23 | | Greenshades and LearnUpon Partnership https://www.youtube.com/watch?v=dolnVFiFQAU |
| JX-019 | 2-10-23 | 2-10-23 | | Greenshades Center Federal 1099 Module Demonstration https://www.youtube.com/watch?v=oRgUybge1TU |