UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED IN OPEN COURT
2-27-23
CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

AATRIX SOFTWARE, INC.,

    *Plaintiff,*

v.                                               Case No. 3:15-cv-164-MMH-MCR

GREEN SHADES SOFTWARE, INC.,

    *Defendant.*

---

## VERDICT FORM

We, the jury, return the following verdict:

I.  **As to Infringement:**

A.  Has Plaintiff Aatrix Software, Inc., proven by a preponderance of the evidence that Defendant Green Shades Software, Inc.'s accused products infringe any of the following asserted claims of U.S. Patent No. 7,171,615 (the '615 patent)?

Independent Claim 1

Tax Filing Center – Silverlight Implementation
      YES_____     NO __✓__

Tax Filing Center – Angular Implementation
      YES_____     NO __✓__

Payroll Tax Service – Silverlight Implementation
      YES_____     NO __✓__

Payroll Tax Service – Angular Implementation
      YES_____     NO __✓__

Year-End Forms using ASP.NET
      YES_____     NO __✓__

Year-End Forms using AngularJS
      YES_____     NO __✓__

> [If your answer to every question regarding Independent Claim 1 is "NO," proceed immediately to Part I.B on page 4.]

> [If your answer to any question regarding Independent Claim 1 is "YES," proceed to Dependent Claim 2 and Dependent Claim 5 and answer the question or questions only for the implementation or implementations for which you answered "YES" as to Independent Claim 1.]

<u>Dependent Claim 2</u>

Tax Filing Center – Silverlight Implementation

        YES_____        NO_____

Tax Filing Center – Angular Implementation

        YES_____        NO_____

Payroll Tax Service – Silverlight Implementation

        YES_____        NO_____

Payroll Tax Service – Angular Implementation

        YES_____        NO_____

Year-End Forms using ASP.NET

        YES_____        NO_____

Year-End Forms using AngularJS

        YES_____        NO_____

<u>Dependent Claim 5</u>

Tax Filing Center – Silverlight Implementation

        YES_____        NO_____

Tax Filing Center – Angular Implementation

        YES_____        NO_____

Payroll Tax Service – Silverlight Implementation

        YES_____        NO_____

Payroll Tax Service – Angular Implementation

        YES_____        NO_____

Year-End Forms using ASP.NET

        YES_____        NO_____

Year-End Forms using AngularJS

        YES_____        NO_____

**B.** Has Plaintiff Aatrix Software, Inc., proven by a preponderance of the evidence that Defendant Green Shades Software, Inc.'s accused products infringe any of the following asserted claims of U.S. Patent No. 8,984,393 (the '393 patent)?

<u>Independent Claim 13</u>

Tax Filing Center – Silverlight Implementation

    YES_____    NO __✓__

Tax Filing Center – Angular Implementation

    YES_____    NO __✓__

Payroll Tax Service – Silverlight Implementation

    YES_____    NO __✓__

Payroll Tax Service – Angular Implementation

    YES_____    NO __✓__

Year-End Forms using ASP.NET

    YES_____    NO __✓__

Year-End Forms using AngularJS

    YES_____    NO __✓__

[If your answer to every question regarding Independent Claim 1 in Part I.A and Independent Claim 13 in Part I.B is "NO," proceed immediately to Part III on page 7. Do not answer the questions in Part II.]

[If your answer to every question regarding Independent Claim 13 is "NO" and your answer to one or more questions in Part I.A regarding the '615 patent was "YES," proceed immediately to Part II on page 6.]

[If your answer to any question regarding Independent Claim 13 is "YES," proceed to Dependent Claim 14 and answer the question or questions only for the implementation or implementations for which you answered "YES" as to Independent Claim 13.]

<u>Dependent Claim 14</u>

Tax Filing Center – Silverlight Implementation

        YES_____        NO_____

Tax Filing Center – Angular Implementation

        YES_____        NO_____

Payroll Tax Service – Silverlight Implementation

        YES_____        NO_____

Payroll Tax Service – Angular Implementation

        YES_____        NO_____

Year-End Forms using ASP.NET

        YES_____        NO_____

Year-End Forms using AngularJS

        YES_____        NO_____

[Proceed to Part II.]

II. **As to Willful Infringement:**

[Answer the questions in this Part only for a patent to which you responded "YES" as to any question of infringement in Part I.]

A. Has Plaintiff Aatrix Software, Inc., proven by a preponderance of the evidence that Defendant Green Shades Software, Inc.'s infringement of the '615 patent was willful?

   YES_____  NO_____

B. Has Plaintiff Aatrix Software, Inc., proven by a preponderance of the evidence that Defendant Green Shades Software, Inc.'s infringement of the '393 patent was willful?

   YES_____  NO_____

[Proceed to Part III.]

### III. As to Invalidity:

A. Has Defendant Green Shades Software, Inc., proven by clear and convincing evidence that any of the following asserted claims of the '615 patent was invalid because it was subject to the on-sale bar?

      Claim 1      YES ✓      NO ____

      Claim 2      YES ✓      NO ____

      Claim 5      YES ✓      NO ____

B. Has Defendant Green Shades Software, Inc., proven by clear and convincing evidence that any of the following asserted claims of the '393 patent was invalid because it was subject to the on-sale bar?

      Claim 13      YES ✓      NO ____

      Claim 14      YES ✓      NO ____

[If your answer to every question in Part III is "YES," your verdict is for Defendant, Green Shades Software, Inc., and you should not answer the remaining question or proceed further except to date and sign this verdict form and return it to the courtroom.]

[If you answered "NO" to a question regarding invalidity of a claim in Part III.A or Part III.B and you answered "YES" to the question regarding infringement of that same claim in Part I.A or Part I.B, your verdict is for Plaintiff, Aatrix Software, Inc., as to that claim or claims, and you should proceed to Part IV on page 8 and answer the question of damages only for the specific claim or claims on which you found infringement.]

## IV. As to Damages:

What sum of money do you find by a preponderance of the evidence is adequate to compensate Plaintiff Aatrix Software, Inc. for Defendant Green Shades Software, Inc.'s conduct that you found to infringe on a valid patent claim? Provide the amount, if any, in dollars and cents.

  **Total Damages:**  $_____

SO SAY WE ALL, this _27_ day of _February_, 2023.

[signature redacted]